Michael B. Kingsley #301363
Prairie Du Chien Correctional Institution
P.O. Box 9000
Prairie Du Chein, WI 53821

[Stamp: DOC NO RECD/FILED 2010 DEC 28 AM 8:37 PETER OPPENEER CLERK US DIST COURT WD OF WI]

[Stamp: 10 C 832 - BBC]

December 21, 2010

RE: 42 U.S.C. ss.1983 Complaint.

Dear Honorable Clerk:

    Enclosed for filing with the court is an original complaint.
    Thank you for your time and attention in this matter.

With the utmost respect,

*Michael B. Kingsley* (signature)
Michael B. Kingsley