Michael B. Kingsley #301365
Prairie Du Chien Correctional Institution
P.O. Box 9000
Prairie Du Chien, WI 53821



TO: Clerk of United States District Court
United States Courthouse
P.O. Box 432
Madison, Wisconsin 53701-0432