

```
                    50 .    +
                   5 . 89   +
                   3 . 6    +
                    50 .    +
                     4 .    +
                     4 .    +
                    50 .    +
                     4 .    +
                   0 . 8    +
                    50 .    +
  Average          2 . 8    +
  monthly          3 . 5    +
  deposits          50 .    +
                  3 . 15    +
                 281 . 74   ÷
                     6 .    =
         46 . 9566666666

         46 . 9566666666    x
                    20 .    %
          9 . 3913333332    +
         =

  Average
  monthly         27 . 69   x
  balance            20 .   %
                  5 . 538   +
```