Michael B. Kingsley #301363
Prairie du Chien Correctional Institution
P.O. Box 9900
Prairie du Chien, WI 53821

January 24, 2011

Case Name: Kingsley, Michael V. Pedersen, Dennis et al
Case Number: 3:10-CV-00832-bbc

RE: Notice Change of address

Dear Honorable Clerk:

I am the plaintiff in the above titled case. With this letter I hereby notify that the plaintiff's new address will be 210 West Oak Street. Sparta Wisconsin, 54656 Monroe County Jail (M.C.J.) c/o Michael B. Kingsley.
Thank you for your time and attention in this matter.

With the utmost respect,

Michael B. Kingsley

Michael B. Kingsley