Michael B. Kingsley
301363
Monroe County Jail
210 W. Oak St.
Sparta, WI 54656-2185

Case No.: 3:10-cv-832-bbc

May 4, 2011

RE: Notice of Change of address

Dear Honorable Clerk:

  Please take notice that My Mailing address is Michael B. Kingsley 301363 Monroe county Jail 210 W. Oak St. Sparta, WI 54656-2185 (supra)
  At this time I am requesting that I also be provided with the docket and order that was regarding the telephone pretrial conference before Magistrate Judge Stephen L. Crocker that was held on 4/20/2011
  I am sorry for any confusion that I have caused.
  Thank you for your time and attention in this matter.

With the utmost respect,
Michael B. Kingsley
Michael B. Kingsley