IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Michael B. Kingsley,
           Plaintiff
     V.                                            10-cv-832-bbc
Lisa Josvai, et. al
           Defendants,

## MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff, Michael B. Kingsley, pursuant to ss. 1915, requests this Honorable court to appoint counsel to represent him in this case for the following reasons.

1. The plaintiff is unable to afford counsel
2. The issues involved in this case are complex.
3. The plaintiff is an inmate/pretrial detainee and has no access to a law library.
4. The plaintiff has contacted numerous attorneys asking them to handle his case but has been denied or has not heard from any of them.
5. The plaintiff has a limited knowledge of the law.

WHEREFORE, this Honorable court should appoint counsel to represent the plaintiff.

Signed this 12th day of May 2011

*Michael B. Kingsley*

Michael B. Kingsley

-1-