IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

        Plaintiff,

V.                         Case No.: 10-CV-832

LISA JOSVAI et al.,

        Defendants.

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. P., Plaintiff Michael B. Kingsley requests this Honorable court to grant him summary judgment as to the liability of defendants Lisa Josvai, and Patricia Fish, for damages for denial to the plaintiff of due process of law. The reasons therefor are set forth in the plaintiff's declaration and brief in support of this motion.

Dated this 8th day of July 2011

*Michael B Kingsley*
Michael B. Kingsley
210 West Oak St
Sparta, WI 54656