IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

           Plaintiff,

    V.                        CASE NO.: 10-CV-832

LISA JOSVAI et al.,

           Defendants

## STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule of this court's Civil Rules, the plaintiff submits the following list of undisputed facts that entitle him to partial Summary Judgment on his claim of denial of due process of law.

1. The plaintiff was charged by jail officials with major disciplinary offenses of failure to follow orders, resisting, disorderly conduct, and causing jail disruption.

2. The plaintiff requested defendant Fish, the hearing officer to provide him with incident reports

3. Defendant Fish refused on the grounds that she was editing the incident reports of the other jail officials.

4. Defendant Fish found the plaintiff guilty of all offenses charged.

5. No evidence was submitted during the hearing that Supported the charges

6. The written disposition prepared by defendant Fish stated only, "Guilty as charged" with no further explanation.

7. The plaintiff appealed to the chief Deputy defendant JOSVAI, pointing out the deficiencies of not being able to call witnesses, and not being able to have access to the incident reports, as well as defendant Fish's findings with out any explanation.

8. Defendant JOSVAI affirmed the disciplinary conviction.

Dated this 8th day of July 2011

Michael B. Kingsley
Michael B. Kingsley
Monroe County Jail
210 West Oak St
Sparta, WI 54656