IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

        Plaintiff,

V.                          Case No: 10-cv-832-bbc

LISA JOSVAI et al.,

        Defendants

## DISCLOSURE OF EXPERT WITNESSES

Pro se plaintiff Michael B. Kingsley hereby submits a Disclosure of Expert Witnesses on his behalf as follows:

1. Orthopedic Surgeon Specialist, Doctor AARON M. BUTTLER Lake Tomah clinic 325 Butts Ave Tomah, WI 54660-0610

2. Economist Specialist, still yet to be determined to assess the life time economic loss

3. Vocational rehabilitation specialist, still yet to be determined.

I declare under penalty of purjury that the foregoing is true and correct.

Dated this 12th day of September 2011

*Michael B. Kingsley* (signature)
Michael B. Kingsley