IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,
    PLAINTIFF,

V.
                                  Case No.: 10-CV-832-bbc

LISA JOSVAI, et al.,
    Defendants,

## MOTION FOR RECONSIDERATION FOR APPOINTMENT OF COUNSEL

Now comes, plaintiff Michael B. Kingsley Pro se, and would respectfully ask this Honorable court to liberally construe this pleading as that term is defined in Haines v. Kerner, 404 U.S. 519 (1972) And hereby moves the court pursuant to SS 1915 to appoint counsel to represent him in this case for the following reasons.

1. On or about May 23rd, 2011, plaintiff submitted this Honorable court a motion seeking appointment of counsel dkt. 14 which was denied by the Honorable Magistrate Judge Stephen L. Crocker, Without prejudice.

2. Plaintiff brought such motion early in his lawsuit, as there was no way of knowing yet if his case will go to trial.

3. Plaintiff's lawsuit appears that it is going to trial. See the Honorable Barbara Crabb's ORDER and OPINION as to dkt.# 26 Entered November 16, 2011 Trial is now scheduled for April 9, 2012 at 9:00 a.m.

4. Plaintiff has made a reasonable effort to find an attorney on his own see dkt. 14. Plaintiff has also made an effort to contact the following attorney's, and yet

has been unsuccessful:

Attorney Edward G. Krueger Law offices
3 South Pinckney Street, Suite 816
Madison, WI 53703

Attorney Jeff Scott Olson Law offices
131 West Wilson Street, Suite 1200
Madison, WI 53703

Attorney Belzer & Devanie Law offices
300 North 2d Street Suite 200
Lacrosse, WI 54601

Attorney Bingham & Mchale LLP Law offices
10 Market Street
Indianapolis, IN

WHEREFORE, this Honorable court should appoint counsel to represent the plaintiff.

I declare under penalty of perjury that the foregoing is true and correct

Dated this 10TH day of February, 2012

Michael B. Kingsley
Michael B. Kingsley
Redgranite Corr. Inst
P.O. Box 0925
Redgranite, WI 54970

Plaintiff Pro Se