UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

    Plaintiff,

vs.

LISA JOSVAI, PATRICIA FISH, ROBERT CONROY, STAN HENDRICKSON, FRITZ DEGNER, and KARL BLANTON,

    Defendants.

Case No. 10-CV-832

**PROPOSED VERDICT FORM OF DEFENDANTS
FOR LIABILITY PHASE OF TRIAL**

Pursuant to the Court's Preliminary Pretrial Conference Order and Procedures Governing Final Pretrial Conference, defendants, Robert Conroy, Stan Hendrickson, Fritz Degner, and Karl Blanton, hereby submit the following proposed verdict form to be administered at the close of the liability phase of trial.

**Question No. 1:** Did Robert Conroy use excessive force against Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

**Question No. 2:** Did Stan Hendrickson use excessive force against Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

**Question No. 3:** Did Fritz Degner use excessive force against Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

**Question No. 4:** Did Karl Blanton use excessive force against Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

**Question No. 5:** Did Robert Conroy batter Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

**Question No. 6:** Did Stan Hendrickson batter Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

**Question No. 7:** Did Fritz Degner batter Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

**Question No. 8:** Did Karl Blanton batter Michael Kingsley on May 21, 2010?

Answer _____ (Yes or No)

Dated this 7th day of September, 2012.   s/ Andrew A. Jones
                                                                Andrew A. Jones
Timothy H. Posnanski
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 271-2300  Phone
(414) 223-5000  Fax
ajones@whdlaw.com
tposnanski@whdlaw.com

Attorneys for Defendants