UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

                Plaintiff,

  vs.

LISA JOSVAI, PATRICIA FISH, ROBERT CONROY, STAN HENDRICKSON, FRITZ DEGNER, and KARL BLANTON,

                Defendants.

Case No. 10-CV-832

**PROPOSED VERDICT FORM OF DEFENDANTS
FOR DAMAGES PHASE OF TRIAL**

Pursuant to the Court's Preliminary Pretrial Conference Order and Procedures Governing Final Pretrial Conference, defendants, Robert Conroy, Stan Hendrickson, Fritz Degner, and Karl Blanton, hereby submit the following proposed verdict form to be administered at the close of the damages phase of trial.

**Question No. 1:**     What sum of money, if any, will fairly and reasonably compensate Michael Kingsley for any damages he sustained as a result of the actions of defendants?

Answer:     $_____

**Question No. 2:**     Did Michael Kingsley prove that punitive damages are warranted as a result of the actions of defendants?

Answer:     _____ (Yes or No)

If you answered "Yes" to Question No. 2, answer Question No. 3; otherwise, STOP.

**Question No. 3:**     What amount of punitive damages is Michael Kingsley entitled to receive from one or more of the following defendants?

| | |
|---|---|
| Robert Conroy | $ _____ |
| Stan Hendrickson | $ _____ |
| Fritz Degner | $ _____ |
| Karl Blanton | $ _____ |

Dated this 7th day of September, 2012.

s/ Andrew A. Jones  
Andrew A. Jones  
Timothy H. Posnanski  
WHYTE HIRSCHBOECK DUDEK S.C.  
555 East Wells Street, Suite 1900  
Milwaukee, WI  53202-3819  
(414) 271-2300  Phone  
(414) 223-5000  Fax  
ajones@whdlaw.com  
tposnanski@whdlaw.com  

Attorneys for Defendants