IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

                Plaintiff,                            WRIT

v.                                    Case No. 10-cv-832-bbc

ROBERT CONROY, STAN
HENDRICKSON, FRITZ DEGNER and
KARL BLANTON,

                Defendants.

TO THE Director[1] of the WISCONSIN RESOURCE CENTER OR ANY OTHER

PERSON HAVING LAWFUL CUSTODY OF

**MICHAEL KINGLSEY, #301363**

**GREETINGS:**

WE COMMAND YOU, that you have the body of Michael Kingsley,

#301363, now detained at the Wisconsin Resource Center at 1505 North Drive,

Winnebago, Wisconsin 54985, present under safe and secure conduct at the United

States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703,

commencing on

**TUESDAY, OCTOBER 9, 2012 AT 9:00 AM and**

**MONDAY, OCTOBER 15, 2012 AT 8:00 AM**

---

[1]See, Ford v. Carballo, 577 F.2d 404 (7th Cir. 1978); In re Warden of
Wisconsin State Prison, 541 F.2d 177 (7th Cir. 1976).

for the purpose of Jury Selection and Trial.

WE FURTHER COMMAND that at the completion of said proceedings, you return the prisoner to said institution, under safe and secure conduct.

**This writ remains in effect until the conclusion of the proceedings.**

WITNESS, The Honorable Barbara B. Crabb, for the Western District of Wisconsin at Madison, Wisconsin, in the State and Western District of Wisconsin, on this 4th day of October, 2012.

Peter Oppeneer, Clerk
United States District Court
Western District of Wisconsin

By: _Erica L. Clark_

Deputy Clerk

2