IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

    Plaintiff,

v.

DENNIS PEDERSEN, LISA JOSVAI,
PATRICIA FISH, ROBERT CONROY,
STAN HENDRICKSON, FRITZ DEGNER
and KARL BLANTON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-832-bbc

    This action came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been considered, tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed.

Approved as to form this __18th__ day of October, 2012.


_____
Barbara B. Crabb,
District Judge


_____
Peter Oppeneer, Clerk of Court

10/23/12
Date