UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

        Plaintiff,

vs.                              Case No. 10-CV-832

STAN HENDRICKSON and FRITZ DEGNER,

        Defendants.

## MOTION *IN LIMINE* OF DEFENDANTS

Pursuant to the Order entered by the Court on October 23, 2015, and consistent with the Joint Trial Stipulations filed by the parties contemporaneously herewith, defendants, Stan Hendrickson and Fritz Degner, hereby move *in limine* for an order permitting defendants to impeach plaintiff with evidence of his prior criminal convictions pursuant to Fed. R. Evid. 609.

The grounds for this motion *in limine* are more fully set forth in the accompanying memorandum of law.

Dated this 19th day of January, 2015.

                                s/ Andrew A. Jones
                                Andrew A. Jones
                                Timothy H. Posnanski
                                WHYTE HIRSCHBOECK DUDEK S.C.
                                555 East Wells Street, Suite 1900
                                Milwaukee, WI  53202-3819
                                (414) 271-2300  Phone
                                (414) 223-5000  Fax
                                ajones@whdlaw.com
                                tposnanski@whdlaw.com

                                Attorneys for Defendants