UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL B. KINGSLEY,

        Plaintiff,

vs.                                Case No. 10-CV-832

FRITZ DEGNER and STAN HENDRICKSON,

        Defendants.

---

### DECLARATION OF ANDREW A. JONES

---

I, Andrew A. Jones, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am one of the attorneys for defendants in the above-captioned action.

2. I submit this declaration in support of defendants' motion *in limine*.

3. Attached hereto as Exhibit A is a true and correct copy of the Judgment of Conviction against plaintiff in Monroe County Case No. 2010-CF-134.

4. Attached hereto as Exhibit B is a true and correct copy of the Judgment of Conviction against plaintiff in Monroe County Case No. 2008-CF-153.

5. Attached hereto as Exhibit C is a true and correct copy of the Judgment of Conviction against plaintiff in Monroe County Case No. 2006-CF-330.

6. Attached hereto as Exhibit D is a true and correct copy of the Criminal Complaint filed against plaintiff on January 4, 2012 in Monroe County Case No. 2012-CF-7.

7. Attached hereto as Exhibit E is a true and correct copy of the Judgment of Conviction filed against plaintiff on January 31, 2014 in Monroe County Case No. 2012-CF-7.

Dated this 19th day of January, 2016.

                                            s/ Andrew A. Jones
                                            Andrew A. Jones