STATE OF WISCONSIN CIRCUIT COURT MONROE COUNTY — For Official Use Only

State of Wisconsin vs. Michael B. Kingsley

**Judgment of Conviction**
Amended
Sentence to Wisconsin State Prisons and Extended Supervision
Case No.: 2010CF000134

FILED
DEC 13 2011
Clerk of Circuit Court
Monroe County Wisconsin

Date of Birth: [redacted]

**Exhibit A**

List Aliases: AKA Michael Brandon Kingsley; AKA Mike Kinglsey; AKA Michael Kingsley

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | [939.05 Party to a Crime] Possess w/Intent-Cocaine (<1-5g) | 961.41(1m)(cm)1r | No Contest | Felony F | 04-21-2010 ON OR ABOUT 04-21-2010 | | 10-14-2011 |

**IT IS ADJUDGED** that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Agency | Comments |
|---|---|---|---|---|---|
| 1 | 10-14-2011 | State Prison w/ Ext. Supervision | 8 YR | Wisconsin Prison System | Defendant while in prison will receive AODA and comply with any treatment recommended. Defendant is eligible for substance abuse program while in prison. |

**Total Bifurcated Sentence Time**

| | Confinement Period | | | | Extended Supervision | | | Total Length of Sentence | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ct. | Years | Months | Days | Comments | Years | Months | Days | Years | Months | Days |
| 1 | 3 | 0 | 0 | 12/13/11 - JOC amended to reflect 5 years extended supervision. | 5 | 0 | 0 | 8 | 0 | 0 |

**Sentence Concurrent With/Consecutive Information:**

| Ct. | Sentence | Type | Concurrent with/Consecutive To Comments |
|---|---|---|---|
| 1 | State Prison | Concurrent | Concurrent with revocation sentence. |

**Conditions of Extended Supervision:**
Obligations: (Total amounts only)

| Fine | Court Costs | Attorney Fees | ☐ Joint and Several Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge |
|---|---|---|---|---|---|---|---|
| | 20.00 | | | | 13.00 | 92.00 | |

| Ct. | Condition | Agency/Program | Comments |
|---|---|---|---|
| 1 | Costs | | Bond posted will be forfeited and applied toward costs in 10CF134 and 11CF103. Balance will be refunded. |
| 1 | Other | | Defendant to pay supervision fees as determined by the Department of Corrections. Conditions and rules as established by probation agent. $3600 seized at arrest will be forfeited. |

☐ On count(s) _____ pursuant to §973.031 Wisconsin Statutes, the court determines the following:
That a risk reduction sentence is appropriate and the person agrees to cooperate in an assessment of his or her criminogenic factors and his or her risk of reoffending, and to participate in programming or treatment the department develops for the person under §302.042(1). The court imposes a Risk Reduction sentence.

Pursuant to §973.01(3g) and (3m) Wisconsin Statutes, the court determines the following:
The Defendant is [X] is not ☐ eligible for the Challenge Incarceration Program.    2-17-12
The Defendant is ☐ is not ☐ eligible for the Earned Release Program.

*Shirley K. Chapman* (signature)

CR-212(CCAP), 04/2010 Judgment of Conviction - Amended, DOC 20, (08/2007)
This form shall not be modified. It may be supplemented with additional material.
§§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
Page 1 of 2

| STATE OF WISCONSIN | CIRCUIT COURT BRANCH 3 | MONROE COUNTY | For Official Use Only |
|---|---|---|---|
| State of Wisconsin vs. Michael B. Kingsley<br><br>Date of Birth: ■■■ | **Judgment of Conviction**<br>Amended<br>Sentence to Wisconsin State Prisons and Extended Supervision<br>Case No.: 2010CF000134 | **FILED**<br>DEC 13 2011<br>Clerk of Circuit Court<br>Monroe County Wisconsin | |

**IT IS ADJUDGED** that **0** days sentence credit are due pursuant to §973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff shall deliver the defendant into the custody of the Department.

**Distribution:**

J. David Rice, Judge
Daniel D. Cary, District Attorney
John M. Matousek, Defense Attorney
Monroe County Jail
Wisconsin Prison System
Sparta Probation

**BY THE COURT:**

*Shirley K. Chapiewsky* (signature)
Circuit Court Judge/Clerk/Deputy Clerk

December 13, 2011
Date