STATE OF WISCONSIN  CIRCUIT COURT BRANCH I  MONROE COUNTY  *For Official Use Only*

State of Wisconsin vs. Michael B. Kingsley

Date of Birth: ███

**Judgment of Conviction**
Sentence Withheld, Probation Ordered

Case No.: 2008CF000153

FILED
MONROE COUNTY WISCONSIN
OCT 07 2008
CAROL THORSEN
CLERK OF COURTS

Exhibit B

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | Manufacture/Deliver Cocaine (<=1g) | 961.41(1)(cm)1g | No Contest | Felony G | 09-01-2007 on or between September of 2007 and March 22, 2008 | | 10-03-2008 |

[961.41(1x) Conspiracy to Commit]
[961.48(1)(b) 2nd/Sub. Drug Off.-Class E/F/G/H/I Fel.]
[939.50(3)(g) Penalties for Felonies-Class "G" Felony]

See Attached For Dismissed and Read In:

IT IS ADJUDGED that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Concurrent with/Consecutive to/Comments | Agency |
|---|---|---|---|---|---|
| 1 | 10-03-2008 | Probation, Sent Withheld | 4 YR | | Department of Corrections |
| 1 | 10-03-2008 | License suspended | 6 MO | | |

**Conditions of Sentence or Probation**

**Obligations:** (Total amounts only)

| Fine | Court Costs | Attorney Fees | Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge |
|---|---|---|---|---|---|---|---|
| | 20.00 | | | 8.00 | 85.00 | | |

**Conditions:**

| Ct. | Condition | Length | Agency/Program | Begin Date | Begin Time | Comments |
|---|---|---|---|---|---|---|
| 1 | Jail Time | 1 YR | Monroe County Jail | 10-03-2008 | | Concurrent with Prison sentence in 06CF330 to be served in Prison |

| Ct. | Condition | | | Agency/Program | | Comments |
|---|---|---|---|---|---|---|
| 1 | Costs | | | | | |
| 1 | Other | | | | | Undergo treatment and counseling recommended by agent. Follow rules of probation set up by agent. |

IT IS ADJUDGED that **178** days sentence credit are due pursuant to § 973.155, Wisconsin Statutes

IT IS ORDERED that the Sheriff shall deliver the defendant into the custody of the Department.

| STATE OF WISCONSIN | CIRCUIT COURT BRANCH I | MONROE COUNTY | *For Official Use Only* |
|---|---|---|---|

State of Wisconsin vs. Michael B. Kingsley

Date of Birth: ▓▓▓▓

**Judgment of Conviction**
Sentence Withheld, Probation Ordered
Case No.: 2008CF000153

FILED
MONROE COUNTY WISCONSIN
OCT 07 2008
CAROL THORSEN
CLERK OF COURTS

Todd L Ziegler, Judge
Daniel D. Cary, District Attorney
Robert M Osborne, Defense Attorney
Tomah Probation

BY THE COURT:

*Carol Thorsen*
Court Official  *Clerk of Court*

October 7, 2008
Date

CR-212(CCAP) 1/00 Judgment of Conviction
§§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
This form may not be modified. It may be supplemented with additional material.
Page 2 of 2

30-2

Report Date: 10-07-2008

**Charge Disposition Report**
**Monroe County Circuit Court**
**Case Number 2008CF000153**

Defendant:
Michael B. Kingsley
AKA MICHAEL BRANDON KINGSLEY
1012 Superior Avenue Apt. 2
Tomah, WI 54660

| Ct. | Statute | Description | Sev | Plea Date | Plea | Disposition | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 961.41(1)(cm)1g | Manufacture/Deliver Cocaine (<=1g) [961.41(1x) Conspiracy to Commit] [961.48(1)(b) 2nd/Sub. Drug Off.-Class E/F/G/H/I Fel.] [939.50(3)(g) Penalties for Felonies-Class "G" Felony] Amended from: Manuf/Deliver Cocaine (> 15-40g) | Felony G | 10-03-2008 | No Contest | Guilty Due to No Contest Plea | |
| 2 | 961.41(1)(h)2 | Manufacture/Deliver THC (>200-1000g) [961.41(1x) Conspiracy to Commit] [961.48(1)(b) Second and Subsequent Offense] [939.50(3)(h) Penalties for Felonies-Class "H" Felony] | Felony H | | | Charge Dismissed but Read In | |

FILED
MONROE COUNTY WISCONSIN
OCT 07 2008
CAROL THORSEN
CLERK OF COURTS

30-3

CCAP-115(CCAP) 10/00 Charge Disposition Report

Page 1