STATE OF WISCONSIN , CIRCUIT COURT BRANCH , MONROE COUNTY  *Official Use Only*

| State of Wisconsin vs. Michael B. Kingsley | **Judgment of Conviction** Sentence Withheld, Probation Ordered |
|---|---|
| Date of Birth | Case No.: 2006CF000330 |

**FILED**
MONROE COUNTY WISCONSIN
DEC 20 2006
CAROL THORSEN
CLERK OF COURTS

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | Possess w/Intent-THC (<=200 grams) [961.48(1)(b) Second and Subsequent Offense] [939.50(3)(i) Penalties for Felonies-Class "I" Felony] | 961.41(1m)(h)1 | No Contest | Felony I | 07-20-2006 | | 10-16-2006 |

Exhibit C

**IT IS ADJUDGED** that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Concurrent with/Consecutive to/Comments | Agency |
|---|---|---|---|---|---|
| 1 | 12-20-2006 | Probation, Sent Withheld | 2 YR | concurrent to count # 6 and consecutive to counts 3 and 5 | Department of Corrections |
| 1 | 12-20-2006 | License suspended | 6 MO | | |

**Conditions of Sentence or Probation**

**Obligations:** (Total amounts only)

| Fine | Court Costs | Attorney Fees | Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge |
|---|---|---|---|---|---|---|---|
| | 20.00 | | | 8.00 | 85.00 | | |

**Conditions:**

| Ct. | Condition | Agency/Program | Comments |
|---|---|---|---|
| 1 | Costs | | |
| 1 | Other | | To pay OWI fine and costs during this time if not paid on Count # 6 of $2,483.00 |

**IT IS ADJUDGED** that **0** days sentence credit are due pursuant to § 973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff execute this sentence.

Steven Abbott, Judge
Kathryn D Schmidt, District Attorney
Todd Schroeder, Defense Attorney
Tomah Probation
Wisconsin Prison System

2-23-12
Kay L Kost, Deputy Clerk

BY THE COURT:

*Carol Thorsen*
Court Official   Clerk of Court

December 20, 2006
Date

CR-212(CCAP) 1/00 Judgment of Conviction

§§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes

This form may not be modified. It may be supplemented with additional material.

| | | |
|---|---|---|
| State of Wisconsin vs. Michael B. Kingsley<br>Date of Birth: ███████ | **Judgment of Conviction**<br>Sentence to Wisconsin State<br>Prisons and Extended Supervision<br>Case No.: 2006CF000330 | **FILED**<br>MONROE COUNTY WISCONSIN<br>DEC 20 2006<br>CAROL THORSEN<br>CLERK OF COURTS |

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 3 | Bail Jumping-Felony [939.50(3)(h) Penalties for Felonies-Class "H" Felony] | 946.49(1)(b) | No Contest | Felony H | 07-20-2006 | | 10-16-2006 |
| 5 | Bail Jumping-Felony | 946.49(1)(b) | No Contest | Felony H | 07-20-2006<br>04-05-06 Columbia Co. | | 10-16-2006 |
| | [939.50(3)(h) Penalties for Felonies-Class "H" Felony] | | See Attached For Dismissed and Read In: | | | | |

**IT IS ADJUDGED** that the defendant is guilty as convicted and sentenced as follows:

12-20-2006 : On count 3 defendant is confined to prison for 1 year followed by a period of 3 years extended supervision for a total length of sentence of 4 years.
Concurrent with/Consecutive to/Comments: Eligible for the Challenge Incarceration Program and the Earned Release Program

12-20-2006 : On count 5 defendant is confined to prison for 1 year followed by a period of 3 years extended supervision for a total length of sentence of 4 years.
Concurrent with/Consecutive to/Comments: concurrent to count # 3

| Ct. | Sent. Date | Sentence | Length | Concurrent with/Consecutive to/Comments | Agency |
|---|---|---|---|---|---|

**Conditions of Extended Supervision:**

| Ct. | Condition | Agency/Program | Comments |
|---|---|---|---|
| 3 | Alcohol treatment | | Assessment, Treatment or Counseling as recommended. |
| 3 | Drug Treatment | | Assessment, Treatment or Counseling as recommended by the assessment. |
| 3 | Other | | To have maximum supervision on Dept. of Corrections evaluation.<br>Submit to DNA Sample if not done already.<br>Obtain and maintain full time employment.<br>No alcohol possession or consumption of alcohol, and may not enter any business that sells or the consumption of alcohol is the primary purpose of business. |
| 5 | Other | | same conditions as count # 3 |

*2-23-12*
*Kay L. Kast, Deputy Clerk*

**IT IS ADJUDGED** that **14** days sentence credit are due pursuant to § 973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff execute this sentence.

CR-212(CCAP) 1/00 Judgment of Conviction       §§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
This form may not be modified. It may be supplemented with additional material.

| State of Wisconsin vs. Michael B. Kingsley | **Judgment of Conviction** Sentence to Wisconsin State Prisons and Extended Supervision Case No.: 2006CF000330 | FILED MONROE COUNTY WISCONSIN DEC 20 2006 CAROL THORSEN CLERK OF COURTS |
|---|---|---|
| Date of Birth: ▇▇▇▇▇▇▇▇ | | |

Steven Abbott, Judge
Kathryn D Schmidt, District Attorney
Todd Schroeder, Defense Attorney
Tomah Probation
Wisconsin Prison System

BY THE COURT:

_Carol Thorsen_
Court Official  Clerk of Court

December 20, 2006
Date

CR-212(CCAP) 1/00 Judgment of Conviction                §§ 939.50, 939.51, 972.13, Chapter 973, Wisconsin Statutes
**This form may not be modified. It may be supplemented with additional material.**