STATE OF WISCONSIN CIRCUIT COURT BRANCH For Official Use Only

State of Wisconsin vs. Michael B. Kingsley

**Judgment of Conviction**
Amended
Sentence Withheld, Probation Ordered
Case No. 2012CF000007

FILED
04-04-2014
Clerk of Circuit Court
Monroe County, WI

Exhibit E

Date of Birth: [REDACTED]

List Aliases: AKA Michael Brandon Kingsley; AKA Mike Kinglsey; AKA Michael Kingsley; AKA Mike B. Kingsley

The defendant was found guilty of the following crime(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 2 | [943.20(3)(a) Penalty-Theft if Value <=$2500] [939.62(1)(a) Repeater] Theft-Movable Property <=$2500 | 943.20(1)(a) | No Contest | Misd. A | 12-01-2011 ON OR ABOUT 12-01-2011 | | 01-22-2014 |

IT IS ADJUDGED that the defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Agency | Comments |
|---|---|---|---|---|---|
| 2 | 01-22-2014 | Probation, Sent Withheld | 3 YR | Department of Corrections | |

**Conditions of Sentence or Probation**

Obligations: (Total amounts only)

| Fine | Court Costs | Attorney Fees | Joint and Several Restitution | Other | Mandatory Victim/Wit. Surcharge | 5% Rest. Surcharge | DNA Anal. Surcharge |
|---|---|---|---|---|---|---|---|
| 10.00 | 163.00 | | 4,632.00 | 476.20 | 67.00 | | |

**Conditions**

| Ct. | Condition | Agency/Program | Comments |
|---|---|---|---|
| 2 | Restitution | | Defendant to pay restitution of $2,744.00 plus 10% restitution surcharge. This represents the balance of restitution due after the amount being held in defendant's inmate account under Court order has been paid to victim. The funds being held under Court order in defendant's inmate account are to be returned to the Monroe County Clerk of Court and disbursed to victim. **4/4/2014 - JOC amended to reflect total restitution of $4,632.00 and restitution surcharge of $463.20. Funds from Defendant's inmate account in the amount of $2,157.83 have been applied to the restitution leaving a balance owing of $2,474.17. |
| 2 | Costs | | |
| 2 | Other | | Comply with all conditions, no contacts and assessments ordered by agent. |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in the office of Clerk of Circuit Courts, Monroe County, WI.
Date 8-29-14
Kay L. Kast, Deputy Clerk
Clerk of Circuit/Authorized Deputy Clerk

Pursuant to §973.01(3g) and (3m) Wisconsin Statutes, the court determines the following:
The Defendant is ☐ is not ☐ eligible for the Challenge Incarceration Program.
The Defendant is ☐ is not ☐ eligible for the Substance Abuse Program.

State of Wisconsin vs. Michael B. Kingsley

**Judgment of Conviction**
Amended
Sentence Withheld, Probation Ordered
Case No. 2012CF000007

FILED
04-04-2014
Clerk of Circuit Court
Monroe County, WI

Date of Birth: ███

## The following charges were Dismissed but Read In

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Date(s) Read In |
|---|---|---|---|---|---|---|
| 1 | Forgery-Uttering | 943.38(2) | Not Guilty | Felony H | 12-01-2011 | 01-22-2014 |

**IT IS ADJUDGED** that 0 days sentence credit are due pursuant to §973.155, Wisconsin Statutes

**IT IS ORDERED** that the Sheriff shall deliver the defendant into the custody of the Department.

**BY THE COURT:**

Electronically signed by
J. David Rice, Circuit Judge
Circuit Court Judge/Clerk/Deputy Clerk

April 4, 2014
Date

**Distribution:**
J. David Rice, Judge
Gerald R. Fox, Special Prosecutor
Jeffrey Erickson, Defense Attorney
Monroe County Jail
Wisconsin Prison System
Sparta Probation