UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL B. KINGSLEY,

        Plaintiff,

vs.                                Case No. 10-CV-832

STAN HENDRICKSON and FRITZ DEGNER,

        Defendants.

---

## PROPOSED VERDICT FORM OF DEFENDANTS

---

Pursuant to the Order entered by the Court on October 23, 2015, defendants, Stan Hendrickson and Fritz Degner, respectfully request that the Court use the same Special Verdict form used by the Hon. Barbara B. Crabb in the first trial of this action (Docket No. 147).

Dated this 19th day of January, 2016.      s/ Andrew A. Jones

                                                            Andrew A. Jones
                                                            Timothy H. Posnanski
                                                             WHYTE HIRSCHBOECK DUDEK S.C.
                                                            555 East Wells Street, Suite 1900
                                                            Milwaukee, WI  53202-3819
                                                            (414) 271-2300  Phone
                                                            (414) 223-5000  Fax
                                                            ajones@whdlaw.com
                                                            tposnanski@whdlaw.com

                                                            Attorneys for Defendants