IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL B. KINGSLEY,

      Plaintiff,

  v.                                              Civil Action No. 10-cv-0832-JDP

STAN HENDRICKSON, ET AL.,

      Defendants.

---

**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

---

Plaintiff Kingsley, by his undersigned attorneys, respectfully requests that the special verdict form given in the original trial of this matter (Dkt. No. 147) be modified as shown herein, *only* in the event that the Court grants Mr. Kingsley's Motion to Bifurcate Trial (Dkt. No. 188).[1]  If that motion is granted, Mr. Kingsley proposes that the special verdict form in Part A below be given to the jury after the liability phase of the trial and that the special verdict form in Part B below be given to the jury after the damages phase of the trial.

---

[1] If the Court does not grant the motion, Kingsley proposes that the original special verdict form (Dkt. No. 147) be used.

Dated:  January 19, 2016

Respectfully submitted,

**MERCHANT & GOULD, P.C.**

By:    *s/ Wendy M. Ward*

Edward J. Pardon
Wendy M. Ward
MERCHANT & GOULD P.C.
10 East Doty Street, Suite 600
Madison, WI  53703-3376
Telephone:  (608) 280-6750
epardon@merchantgould.com
wward@merchantgould.com


Attorneys for Plaintiff Michael B. Kingsley

**PLAINTIFF'S PROPOSED MODIFICATION OF THE SPECIAL VERDICT FORM**

**A.      Liability**

We, the jury for our special verdict, find as follows:

Question No. 1: On May 21, 2010, did one or both of the defendants use excessive force against

plaintiff Michael Kingsley?

Stan Hendrickson          _____
                          ("Yes" or "No")

Fritz Degner              _____
                          ("Yes" or "No")


                                          _____
                                          Presiding Juror

Madison, Wisconsin

Date: _____

3

**B.     Damages**

We, the jury, find damages in this matter as follows:

Question No. 2: What amount of money, if any, will fully and fairly compensate plaintiff

Michael Kingsley for the harm caused by defendants?

$ _____

No matter how you answered Question No. 2, answer Question No. 3 as to each defendant for whom you answered "Yes" in Question No. 1.

Question No. 3: Did one or both of the defendants act in a way that demonstrated a willful or

reckless disregard for plaintiff's rights?

Stan Hendrickson        _____
                        ("Yes" or "No")

Fritz Degner            _____
                        ("Yes" or "No")

If you answered "No" to Question No. 3 for both defendants, do not answer any more questions.

If you answered "Yes" to Question No. 3 for either defendant, answer Question No. 4 as to each defendant for whom you answered "Yes" in Question No. 3.

Question No. 4: What amount of money, if any, do you award as punitive damages?

Stan Hendrickson        $ _____

Fritz Degner            $ _____

_____
Presiding Juror

Madison, Wisconsin

Date: _____

4