# APPENDIX A

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. | |
|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 1 | | Jail sergeant job description<br>MONROE000005<br>(Hendrickson 7/19/12 Dep. Ex. 1) | |
| | 2 | | Map of jail – 1st floor<br>MONROE000966<br>(Hendrickson 7/19/12 Dep. Ex. 2;<br>Blanton 7/20/12 Dep. Ex. 17;<br>Shisler 7/20/12 Dep. Ex. 28;<br>Degner 8/21/12 Dep. Ex. 47) | |
| | 3 | | Mail of 1st Floor<br>MONROE001579 | |
| | 4 | | Photographs of jail cell<br>MONROE000967-971<br>(Hendrickson 7/19/12 Dep. Ex. 3) | |
| | 5 | | Conroy Incident Report<br>MONROE000151-153<br>(Hendrickson 7/19/12 Dep. Ex. 4) | |
| | 6 | | Declaration of Stan Hendrickson<br>dated August 15, 2011<br>(Hendrickson 7/19/12 Dep. Ex. 5) | |
| | 7 | | Kingsley Complaint<br>MONROE000471-478<br>(Hendrickson 7/19/12 Dep. Ex. 6) | |
| | 8 | | Training Records<br>MONROE001072-1079<br>(Hendrickson 7/19/12 Dep. Ex. 7) | |
| | 9 | | Defensive and Arrest Tactics<br>Training Guide<br>MONROE000794-929<br>(Hendrickson 7/19/12 Dep. Ex. 8;<br>Peters 9/26/12 Dep. Ex. 16) | |
| | 10 | | Use of Force Policy<br>MONROE000033-48<br>(Hendrickson 7/19/12 Dep. Ex. 9) | |
| | 11 | | Uncooperative/Combative<br>Inmate Report<br>MONROE001394-1401<br>(Hendrickson 7/19/12 Dep.<br>Ex. 10) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. | |
|---|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
|  | No. | Witness |  |  |
|  | 12 |  | Hendrickson Incident Report MONROE000144-146 (Hendrickson 7/19/12 Dep. Ex. 11; Peters 9/26/12 Dep. Ex. 13) |  |
|  | 13 |  | DVD - Michael B. Kingsley v. Monroe Co., et al. Ex A – Lisa Josvai Supplemental Declaration 10/3/11 (Hendrickson 7/19/12 Dep. Ex. 12) |  |
|  | 14 |  | DVD - Michael B. Kingsley v. Monroe Co., et al. Ex A – Peter Sewell Declaration 10/3/11 (Hendrickson 7/19/12 Dep. Ex. 13; Peters 9/26/12 Dep. Ex. 12) |  |
|  | 15 |  | Deputy Sheriff/Jailer Job Description MONROE000007 (Blanton 7/20/12 Dep. Ex. 14) |  |
|  | 16 |  | Incident Report MONROE000150 (Blanton 7/20/12 Dep. Ex. 15) |  |
|  | 17 |  | Incident Report 2010-0888 MONROE000147-149 (Blanton 7/20/12 Dep. Ex. 16) |  |
|  | 18 |  | Use of TASER policy document MONROE000018-25 (Blanton 7/20/12 Dep. Ex. 18) |  |
|  | 19 |  | Use of Force Document MONROE000026-31 (Blanton 7/20/12 Dep. Ex. 19) |  |
|  | 20 |  | June 2010 Electronic Control Devices Training Guide MONROE000930-965 (Blanton 7/20/12 Dep. Ex. 20) |  |
|  | 21 |  | June 2008 Electronic Control Devices Training Guide MONROE000972-1006 (Blanton 7/20/12 Dep. Ex. 21) |  |

Case 3:10-cv-00832-jdp Document #: 202-1 Filed: 04/19/16 Page 4 of 10
Case 3:10-cv-00832-bbc Document #: 126 Filed: 10/02/12 Page 4 of 10

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF  PLAINTIFF MICHAEL B. KINGSLEY  (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY  V.  Case No. 10-cv-832  LISA JOSVAI, et al. |
|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 22 | | Report of Deputy Blanton  MONROE001563  (Blanton 7/20/12 Dep. Ex. 22) | |
| | 23 | | Request by Inmate to Speak with an Officer or Detective  MONROE001467-1468  (Blanton 7/20/12 Dep. Ex. 23) | |
| | 24 | | 5/21/10 Incident Report  MONROE001446-1466  (Blanton 7/20/12 Dep. Ex. 24) | |
| | 25 | | 2012-0888 Incident Report  MONROE000481  (Blanton 7/20/12 Dep. Ex. 25) | |
| | 26 | | Monroe County Sheriff Department Incident Report  MONROE001345-1349  (Shisler 7/20/12 Dep. Ex. 26) | |
| | 27 | | Monroe County Sheriff Department Incident Report  MONROE000723-724  (Shisler 7/20/12 Dep. Ex. 27) | |
| | 28 | | Declaration of Nicholas Manka,  (Manka 8/20/12 Dep. Ex. 28) | |
| | 29 | | Jail Lieutenant job description  MONROE000003  (Conroy 8/21/12 Dep. Ex. 39) | |
| | 30 | | Chain of custody report Case No. 2010-0888  MONROE001461-1462  (Conroy 8/21/12 Dep. Ex. 40) | |
| | 31 | | Property Room Listing  MONROE001465-1466  (Conroy 8/21/12 Dep. Ex. 41) | |
| | 32 | | Report of Robert Conroy  MONROE001373-1374  (Conroy 8/21/12 Dep. Ex. 43) | |
| | 33 | | TASER Use Report  MONROE001379-1381  (Conroy 8/21/12 Dep. Ex. 44) | |

Case: 3:10-cv-00832-jdp Document #: 202 Filed: 01/19/16 Page 5 of 10
Case: 3:10-cv-00832-bbc Document #: 126 Filed: 10/02/12 Page 5 of 10

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|-----|---------|-------------|-----|
|      | No. | Witness |             |     |
|      | 34  |         | Declaration of Robert Conroy dated August 15, 2011 (Conroy 8/21/12 Dep. Ex. 45) |     |
|      | 35  |         | Inmate Complaint MONROE000646-647 (Conroy 8/21/12 Dep. Ex. 46) |     |
|      | 36  |         | Incident Report MONROE000649-651 (Degner 8/21/12 Dep. Ex. 48) |     |
|      | 37  |         | TASER Use Report MONROE000675-678 (Degner 8/21/12 Dep. Ex. 49; Peters 9/26/12 Dep. Ex. 14) |     |
|      | 38  |         | Written disciplinary action MONROE001341-1344 (Degner 8/21/12 Dep. Ex. 50) |     |
|      | 39  |         | Degner Employee Evaluation MONROE001305-1313 |     |
|      | 40  |         | Conroy Employee Evaluation MONROE001325-1327 |     |
|      | 41  |         | Employee File Letter – Conroy MONROE001336 |     |
|      | 42  |         | Employee File Letter – Degner MONROE001339-1340 |     |
|      | 43  |         | Expert Report of Brian Landers, dated August 1, 2012 (Peters 9/26/12 Dep. Ex. 19) |     |
|      | 44  |         | Exhibit Withdrawn |     |
|      | 45  |         | Deposition of Michael Kingsley, July 24, 2011 |     |
|      | 46  |         | Inmate Violation Report MONROE000154 |     |
|      | 47  |         | Summary Judgment Order |     |
|      | 48  |         | Protective Order |     |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | | | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. | |
|---|---|---|---|---|
| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
| | 49 | | Supervisor TASER Report MONROE000674-678 | |
| | 50 | | Monroe County Jail Use of Restraints April 2003 (No. 110) MONROE000056-61 | |
| | 51 | | Shift Log Report MONROE000687-692 | |
| | 52 | | TASER Training Records MONROE001244-1295 | |
| | 53 | | Conroy Training Records MONROE001080-1105 | |
| | 54 | | Hendrickson Training Records MONROE001106-1120 | |
| | 55 | | Degner Training Records MONROE001121-1176 | |
| | 56 | | Blanton Training Records MONROE001226-1243 | |
| | 57 | | Monroe County Supervisory TASER Report MONROE001350-1353 | |
| | 58 | | Monroe County Supervisory TASER Report MONROE001360-1365 | |
| | 59 | | Monroe County Supervisory TASER Report MONROE001373-1374 | |
| | 60 | | Inmate General Request Form MONROE000156 | |
| | 61 | | Request by Inmate to speak with Officer or Detective MONROE000160-161 | |
| | 62 | | Wisconsin DAAT Manual – Student Text (2007) | |
| | 63 | | Wisconsin DAAT Manual – Instructor Guide (2008) | |
| | 64 | | WI ECD Student Manual (2008) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF<br><br>PLAINTIFF MICHAEL B. KINGSLEY<br><br>(Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY<br><br>V.  Case No. 10-cv-832<br><br>LISA JOSVAI, et al. | |
|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 65 | | Wisconsin ECD Trainer Powerpoint (June 2007) | |
| | 66 | | Wisconsin Use of Force Powerpoint (March 2007) | |
| | 67 | | Wisconsin POSC Manual – Student Text (June 2010, Revised June 2012) | |
| | 68 | | Wisconsin Department of Justice Law Enforcement Network Website (wilenet) | |
| | 69 | | ECDLAW.com | |
| | 70 | | Findlaw.com | |
| | 71 | | Taser.com | |
| | 72 | | TASER Report MONROE001580-1597 | |
| | 73 | | Opinion Report: John G. Peters, Jr., Ph.D., dated December 16, 2011 (Peters 9/26/12 Dep. Ex. 1) | |
| | 74 | | Supplemental Opinion Report: John G. Peters, Jr., Ph.D., dated August 30, 2012 (Peters 9/26/12 Dep. Ex. 20) | |
| | 75 | | Defendants' Answers to Plaintiff's First Set of Interrogatories (1-11) | |
| | 76 | | Defendants' Responses to Plaintiff's First Set of Document Requests (1-20) | |
| | 77 | | Defendants' Responses to Plaintiff's Second Set of Document Requests to Defendants | |
| | 78 | | Defendants' Response to Plaintiff's Third Set of Requests for Production of Documents (26-49) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | | MICHAEL B. KINGSLEY  V.  Case No. 10-cv-832  LISA JOSVAI, et al. | |
|---|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 79 | | Defendants' Response to First Request for Admission (1-9) | |
| | 80 | | Defendants' Responses to Plaintiff's Second Set of Interrogatories (No. 12), Fourth Set of Requests for Production (Nos. 50-51), and Second Set of Requests for Admission (Nos. 10-11) | |
| | 81 | | Certified Medical Record (Deming 11/16/11 Dep. Ex. 1) | |
| | 82 | | Doctor's note 2-7-11 (Deming 11/16/11 Dep. Ex. 2) | |
| | 83 | | Mayo Clinic Health Systems Records MONROE000752-758 | |
| | 84 | | Mayo Clinic Health Systems Records MONROE000759-764 | |
| | 85 | | Medical Records MONROE000775-776 | |
| | 86 | | Medical Records MONROE000777-778 | |
| | 87 | | Medical Records MONROE000781-783 | |
| | 88 | | Wisconsin Department of Justice Advisory Committee Recommendations (June 7, 2005) MONROE000784-793 (Peters 9/26/12 Dep. Ex. 10) | |
| | 89 | | Certified Litigation Specialist Application Form (Peters 9/26/12 Dep. Ex. 2) | |
| | 90 | | Cherry v. City of Philadelphia, 2002 U.S. Dist. LEXIS 3523 (E.D. Pa. Feb. 28, 2002) (Peters 9/26/12 Dep. Ex. 3) | |

Case: 3:10-cv-00832-jdp Document #: 200-1 Filed: 01/19/16 Page 9 of 10
Case: 3:10-cv-00832-bbc Document #: 126 Filed: 10/02/12 Page 9 of 10

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | | | MICHAEL B. KINGSLEY<br><br>V.  Case No. 10-cv-832<br><br>LISA JOSVAI, et al. | |
|---|---|---|---|---|
| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|  | No. | Witness |  |  |
|  | 91 |  | Brown v. Burghart, 2012 U.S. Dist. LEXIS 73543 (E.D. Pa. May 25, 2012) (Peters 9/26/12 Dep. Ex. 4) |  |
|  | 92 |  | Opinion Report: John G. Peters, Jr., Ph.D., from Brown v. Burghart, dated August 25, 2011 (Peters 9/26/12 Dep. Ex. 5) |  |
|  | 93 |  | Wilson v. Taser International, Inc., 2010 U.S. Dist. LEXIS 140092 (D. Colo. Sept. 21, 2010) (Peters 9/26/12 Dep. Ex. 6) |  |
|  | 94 |  | Herbert v. Rodriguez, 2010 U.S. Dist. LEXIS 45094 (E.D. La. Apr. 6, 2010) (Peters 9/26/12 Dep. Ex. 7) |  |
|  | 95 |  | Heston v. City of Salinas, 2007 U.S. Dist. LEXIS 96095 (N.D. Cal. Mar. 30, 2007) (Peters 9/26/12 Dep. Ex. 8) |  |
|  | 96 |  | Opinion Report: John G. Peters, Jr., Ph.D., from Rosenberg v. Homoki, dated April 28, 2008 (Peters 9/26/12 Dep. Ex. 9) |  |
|  | 97 |  | TASER Instructor Certification Course Version 17 (May 2010) (Peters 9/26/12 Dep. Ex. 11) |  |
|  | 98 |  | AELE Jail and Prisoner Legal Issues (Hill 2010) (Peters 9/26/12 Dep. Ex. 15) |  |
|  | 99 |  | Police Use of Force - Law Instructor's Guide: Electronic Weapons (Plitt) (Peters 9/26/12 Dep. Ex. 17) |  |
|  | 100 |  | Use-of-Force By the Numbers: 4, 8, 14 Version 2.0 (Peters 9/26/12 Dep. Ex. 18) |  |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) || MICHAEL B. KINGSLEY<br><br>V.    Case No. 10-cv-832<br><br>LISA JOSVAI, et al. ||
|---|---|---|---|
| **Date** | **Identification** || **Description** | **Offers, Objections, Rulings, Exceptions** |
|  | **No.** | **Witness** |  |  |
|  | 101 |  | Tactical Handcuffing: Introduction, John G. Peters, Jr. (Peters 9/26/12 Dep. Ex. 21) |  |
|  | 102 |  | Tactical Handcuffing: Drawing, John G. Peters, Jr. (Peters 9/26/12 Dep. Ex. 22) |  |
|  | 103 |  | Tactical Handcuffing: Chapter XXI, John G. Peters, Jr. (Peters 9/26/12 Dep. Ex. 23) |  |
|  | 104 |  | Monroe County Jail Suicide and/or Medical Observation Form MONROE000506-507, 598-99 (Peters 9/26/12 Dep. Ex. 24) |  |
|  | 105 |  | Liability Constraints on Human Restraints (Peters 9/26/12 Dep. Ex. 25) |  |
|  | 106 |  | Curriculum Vitae of Brian Landers |  |
|  | 107 |  | Exhibit B to Expert Report of Brian Landers as amended and served on Defendants' counsel via email on August 24, 2012 |  |