IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

        Plaintiff,                    WRIT

v.                                    Case No. 10-cv-832-jdp

STAN HENDERICKSON
and FRITZ DEGNER,

        Defendants.

TO THE Sheriff[1] of the MONROE COUNTY JAIL OR ANY OTHER PERSON

HAVING LAWFUL CUSTODY OF

        MICHAEL B. KINGSLEY

        GREETINGS:

WE COMMAND YOU, that you have the body of Michael B. Kingsley, now detained at the Monroe County Jail, 210 W. Oak Street, Sparta, Wisconsin 54656, present under safe and secure conduct at the United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing on

        **MONDAY, FEBRUARY 22, 2016 AT 8:00 AM**

for the purpose of Jury Selection and Trial.

---

[1] See, Ford v. Carballo, 577 F.2d 404 (7th Cir. 1978); In re Warden of Wisconsin State Prison, 541 F.2d 177 (7th Cir. 1976).

WE FURTHER COMMAND that at the completion of said proceedings, you return the prisoner to said institution, under safe and secure conduct. This writ remains in effect until the conclusion of the proceedings.

WITNESS, The Honorable James D. Peterson, for the Western District of Wisconsin at Madison, Wisconsin, in the State and Western District of Wisconsin, on this 21st day of January, 2016.

Peter Oppeneer, Clerk
United States District Court
Western District of Wisconsin

By: _____
Deputy Clerk

2