# Appendix A

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF<br>PLAINTIFF MICHAEL B. KINGSLEY<br>(Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY<br><br>V.  Case No. 10-cv-832<br><br>LISA JOSVAI, et al. | | |
|---|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 1 | | Jail sergeant job description<br>MONROE000005<br>(Hendrickson 7/19/12 Dep. Ex. 1) | |
| | 2 | | Map of jail – 1st floor<br>MONROE000966<br>(Hendrickson 7/19/12 Dep. Ex. 2;<br>Blanton 7/20/12 Dep. Ex. 17;<br>Shisler 7/20/12 Dep. Ex. 28;<br>Degner 8/21/12 Dep. Ex. 47) | |
| | 3 | | Mail of 1st Floor<br>MONROE001579 | |
| | 4 | | Photographs of jail cell<br>MONROE000967-971<br>(Hendrickson 7/19/12 Dep. Ex. 3) | |
| | 5 | | Conroy Incident Report<br>MONROE000151-153<br>(Hendrickson 7/19/12 Dep. Ex. 4) | |
| | 6 | | Declaration of Stan Hendrickson<br>dated August 15, 2011<br>(Hendrickson 7/19/12 Dep. Ex. 5) | |
| | 7 | | Kingsley Complaint<br>MONROE000471-478<br>(Hendrickson 7/19/12 Dep. Ex. 6) | |
| | 8 | | Training Records<br>MONROE001072-1079<br>(Hendrickson 7/19/12 Dep. Ex. 7) | |
| | 9 | | Defensive and Arrest Tactics<br>Training Guide<br>MONROE000794-929<br>(Hendrickson 7/19/12 Dep. Ex. 8;<br>Peters 9/26/12 Dep. Ex. 16) | |
| | 10 | | Use of Force Policy<br>MONROE000033-48<br>(Hendrickson 7/19/12 Dep. Ex. 9) | |
| | 11 | | Uncooperative/Combative<br>Inmate Report<br>MONROE001394-1401<br>(Hendrickson 7/19/12 Dep.<br>Ex. 10) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. |
|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 12 | | Hendrickson Incident Report MONROE000144-146 (Hendrickson 7/19/12 Dep. Ex. 11; Peters 9/26/12 Dep. Ex. 13) | |
| | 13 | | DVD - Michael B. Kingsley v. Monroe Co., et al. Ex A – Lisa Josvai Supplemental Declaration 10/3/11 (Hendrickson 7/19/12 Dep. Ex. 12) | |
| | 14 | | DVD - Michael B. Kingsley v. Monroe Co., et al. Ex A – Peter Sewell Declaration 10/3/11 (Hendrickson 7/19/12 Dep. Ex. 13; Peters 9/26/12 Dep. Ex. 12) | |
| | 15 | | Deputy Sheriff/Jailer Job Description MONROE000007 (Blanton 7/20/12 Dep. Ex. 14) | |
| | 16 | | Incident Report MONROE000150 (Blanton 7/20/12 Dep. Ex. 15) | |
| | 17 | | Incident Report 2010-0888 MONROE000147-149 (Blanton 7/20/12 Dep. Ex. 16) | |
| | 18 | | Use of TASER policy document MONROE000018-25 (Blanton 7/20/12 Dep. Ex. 18) | |
| | 19 | | Use of Force Document MONROE000026-31 (Blanton 7/20/12 Dep. Ex. 19) | |
| | 20 | | June 2010 Electronic Control Devices Training Guide MONROE000930-965 (Blanton 7/20/12 Dep. Ex. 20) | |
| | 21 | | June 2008 Electronic Control Devices Training Guide MONROE000972-1006 (Blanton 7/20/12 Dep. Ex. 21) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. | | |
|---|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 22 | | Report of Deputy Blanton<br>MONROE001563<br>(Blanton 7/20/12 Dep. Ex. 22) | |
| | 23 | | Request by Inmate to Speak with an Officer or Detective<br>MONROE001467-1468<br>(Blanton 7/20/12 Dep. Ex. 23) | |
| | 24 | | 5/21/10 Incident Report<br>MONROE001446-1466<br>(Blanton 7/20/12 Dep. Ex. 24) | |
| | 25 | | 2012-0888 Incident Report<br>MONROE000481<br>(Blanton 7/20/12 Dep. Ex. 25) | |
| | 26 | | Monroe County Sheriff Department Incident Report<br>MONROE001345-1349<br>(Shisler 7/20/12 Dep. Ex. 26) | |
| | 27 | | Monroe County Sheriff Department Incident Report<br>MONROE000723-724<br>(Shisler 7/20/12 Dep. Ex. 27) | |
| | 28 | | Declaration of Nicholas Manka,<br>(Manka 8/20/12 Dep. Ex. 28) | |
| | 29 | | Jail Lieutenant job description<br>MONROE000003<br>(Conroy 8/21/12 Dep. Ex. 39) | |
| | 30 | | Chain of custody report Case No. 2010-0888<br>MONROE001461-1462<br>(Conroy 8/21/12 Dep. Ex. 40) | |
| | 31 | | Property Room Listing<br>MONROE001465-1466<br>(Conroy 8/21/12 Dep. Ex. 41) | |
| | 32 | | Report of Robert Conroy<br>MONROE001373-1374<br>(Conroy 8/21/12 Dep. Ex. 43) | |
| | 33 | | TASER Use Report<br>MONROE001379-1381<br>(Conroy 8/21/12 Dep. Ex. 44) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF<br><br>PLAINTIFF MICHAEL B. KINGSLEY<br><br>(Indicate plaintiff or defendant) | | MICHAEL B. KINGSLEY<br><br>V.   Case No. 10-cv-832<br><br>LISA JOSVAI, et al. | |
|---|---|---|---|
| **Date** | **Identification** | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** / **Witness** | | |
| | 34 | Declaration of Robert Conroy dated August 15, 2011 (Conroy 8/21/12 Dep. Ex. 45) | |
| | 35 | Inmate Complaint MONROE000646-647 (Conroy 8/21/12 Dep. Ex. 46) | |
| | 36 | Incident Report MONROE000649-651 (Degner 8/21/12 Dep. Ex. 48) | |
| | 37 | TASER Use Report MONROE000675-678 (Degner 8/21/12 Dep. Ex. 49; Peters 9/26/12 Dep. Ex. 14) | |
| | 38 | Written disciplinary action MONROE001341-1344 (Degner 8/21/12 Dep. Ex. 50) | |
| | 39 | Degner Employee Evaluation MONROE001305-1313 | |
| | 40 | Conroy Employee Evaluation MONROE001325-1327 | |
| | 41 | Employee File Letter – Conroy MONROE001336 | |
| | 42 | Employee File Letter – Degner MONROE001339-1340 | |
| | 43 | Expert Report of Brian Landers, dated August 1, 2012 (Peters 9/26/12 Dep. Ex. 19) | |
| | 44 | Exhibit Withdrawn | |
| | 45 | Deposition of Michael Kingsley, July 24, 2011 | |
| | 46 | Inmate Violation Report MONROE000154 | |
| | 47 | Summary Judgment Order | |
| | 48 | Protective Order | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. | |
|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 49 | | Supervisor TASER Report MONROE000674-678 | |
| | 50 | | Monroe County Jail Use of Restraints April 2003 (No. 110) MONROE000056-61 | |
| | 51 | | Shift Log Report MONROE000687-692 | |
| | 52 | | TASER Training Records MONROE001244-1295 | |
| | 53 | | Conroy Training Records MONROE001080-1105 | |
| | 54 | | Hendrickson Training Records MONROE001106-1120 | |
| | 55 | | Degner Training Records MONROE001121-1176 | |
| | 56 | | Blanton Training Records MONROE001226-1243 | |
| | 57 | | Monroe County Supervisory TASER Report MONROE001350-1353 | |
| | 58 | | Monroe County Supervisory TASER Report MONROE001360-1365 | |
| | 59 | | Monroe County Supervisory TASER Report MONROE001373-1374 | |
| | 60 | | Inmate General Request Form MONROE000156 | |
| | 61 | | Request by Inmate to speak with Officer or Detective MONROE000160-161 | |
| | 62 | | Wisconsin DAAT Manual – Student Text (2007) | |
| | 63 | | Wisconsin DAAT Manual – Instructor Guide (2008) | |
| | 64 | | WI ECD Student Manual (2008) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY <br> V. Case No. 10-cv-832 <br> LISA JOSVAI, et al. | |
|---|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 65 | | Wisconsin ECD Trainer Powerpoint (June 2007) | |
| | 66 | | Wisconsin Use of Force Powerpoint (March 2007) | |
| | 67 | | Wisconsin POSC Manual – Student Text (June 2010, Revised June 2012) | |
| | 68 | | Wisconsin Department of Justice Law Enforcement Network Website (wilenet) | |
| | 69 | | ECDLAW.com | |
| | 70 | | Findlaw.com | |
| | 71 | | Taser.com | |
| | 72 | | TASER Report MONROE001580-1597 | |
| | 73 | | Opinion Report: John G. Peters, Jr., Ph.D., dated December 16, 2011 (Peters 9/26/12 Dep. Ex. 1) | |
| | 74 | | Supplemental Opinion Report: John G. Peters, Jr., Ph.D., dated August 30, 2012 (Peters 9/26/12 Dep. Ex. 20) | |
| | 75 | | Defendants' Answers to Plaintiff's First Set of Interrogatories (1-11) | |
| | 76 | | Defendants' Responses to Plaintiff's First Set of Document Requests (1-20) | |
| | 77 | | Defendants' Responses to Plaintiff's Second Set of Document Requests to Defendants | |
| | 78 | | Defendants' Response to Plaintiff's Third Set of Requests for Production of Documents (26-49) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|-----|---------|-------------|---------|
|      | No. | Witness |             |         |
|      | 79  |         | Defendants' Response to First Request for Admission (1-9) | |
|      | 80  |         | Defendants' Responses to Plaintiff's Second Set of Interrogatories (No. 12), Fourth Set of Requests for Production (Nos. 50-51), and Second Set of Requests for Admission (Nos. 10-11) | |
|      | 81  |         | Certified Medical Record (Deming 11/16/11 Dep. Ex. 1) | |
|      | 82  |         | Doctor's note 2-7-11 (Deming 11/16/11 Dep. Ex. 2) | |
|      | 83  |         | Mayo Clinic Health Systems Records MONROE000752-758 | |
|      | 84  |         | Mayo Clinic Health Systems Records MONROE000759-764 | |
|      | 85  |         | Medical Records MONROE000775-776 | |
|      | 86  |         | Medical Records MONROE000777-778 | |
|      | 87  |         | Medical Records MONROE000781-783 | |
|      | 88  |         | Wisconsin Department of Justice Advisory Committee Recommendations (June 7, 2005) MONROE000784-793 (Peters 9/26/12 Dep. Ex. 10) | |
|      | 89  |         | Certified Litigation Specialist Application Form (Peters 9/26/12 Dep. Ex. 2) | |
|      | 90  |         | Cherry v. City of Philadelphia, 2002 U.S. Dist. LEXIS 3523 (E.D. Pa. Feb. 28, 2002) (Peters 9/26/12 Dep. Ex. 3) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | | | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. | |
|---|---|---|---|---|
| **Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** | **Witness** | | |
| | 91 | | Brown v. Burghart, 2012 U.S. Dist. LEXIS 73543 (E.D. Pa. May 25, 2012) (Peters 9/26/12 Dep. Ex. 4) | |
| | 92 | | Opinion Report: John G. Peters, Jr., Ph.D., from Brown v. Burghart, dated August 25, 2011 (Peters 9/26/12 Dep. Ex. 5) | |
| | 93 | | Wilson v. Taser International, Inc., 2010 U.S. Dist. LEXIS 140092 (D. Colo. Sept. 21, 2010) (Peters 9/26/12 Dep. Ex. 6) | |
| | 94 | | Herbert v. Rodriguez, 2010 U.S. Dist. LEXIS 45094 (E.D. La. Apr. 6, 2010) (Peters 9/26/12 Dep. Ex. 7) | |
| | 95 | | Heston v. City of Salinas, 2007 U.S. Dist. LEXIS 96095 (N.D. Cal. Mar. 30, 2007) (Peters 9/26/12 Dep. Ex. 8) | |
| | 96 | | Opinion Report: John G. Peters, Jr., Ph.D., from Rosenberg v. Homoki, dated April 28, 2008 (Peters 9/26/12 Dep. Ex. 9) | |
| | 97 | | TASER Instructor Certification Course Version 17 (May 2010) (Peters 9/26/12 Dep. Ex. 11) | |
| | 98 | | AELE Jail and Prisoner Legal Issues (Hill 2010) (Peters 9/26/12 Dep. Ex. 15) | |
| | 99 | | Police Use of Force - Law Instructor's Guide: Electronic Weapons (Plitt) (Peters 9/26/12 Dep. Ex. 17) | |
| | 100 | | Use-of-Force By the Numbers: 4, 8, 14 Version 2.0 (Peters 9/26/12 Dep. Ex. 18) | |

# TRIAL EXHIBIT FORM

| EXHIBIT(S) OF PLAINTIFF MICHAEL B. KINGSLEY (Indicate plaintiff or defendant) | | MICHAEL B. KINGSLEY V. Case No. 10-cv-832 LISA JOSVAI, et al. | |
|---|---|---|---|
| **Date** | **Identification** | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** / **Witness** | | |
| | 101 | Tactical Handcuffing: Introduction, John G. Peters, Jr. (Peters 9/26/12 Dep. Ex. 21) | |
| | 102 | Tactical Handcuffing: Drawing, John G. Peters, Jr. (Peters 9/26/12 Dep. Ex. 22) | |
| | 103 | Tactical Handcuffing: Chapter XXI, John G. Peters, Jr. (Peters 9/26/12 Dep. Ex. 23) | |
| | 104 | Monroe County Jail Suicide and/or Medical Observation Form MONROE000506-507, 598-99 (Peters 9/26/12 Dep. Ex. 24) | |
| | 105 | Liability Constraints on Human Restraints (Peters 9/26/12 Dep. Ex. 25) | |
| | 106 | Curriculum Vitae of Brian Landers | |
| | 107 | Exhibit B to Expert Report of Brian Landers as amended and served on Defendants' counsel via email on August 24, 2012 | |