IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL B. KINGSLEY,

          Plaintiff,

v.

STAN HENDRICKSON and FRITZ DEGNER,

          Defendants.

SPECIAL VERDICT FORM

10-cv-832-jdp

---

We, the jury, for our special verdict, do find as follows:

On May 21, 2010, did one or both of the defendants use excessive force against plaintiff Michael Kingsley?

    Stan Hendrickson      __No__
                                    ("Yes" or "No")

    Fritz Degner           __No__
                                    ("Yes" or "No")

                                    _/s/ Capri Pearson_
                                    Presiding Juror

Madison, Wisconsin

Dated this __26__ day of __February__, 2016.