CURRICULUM VITAE

**JOHN G. PETERS, JR., Ph.D., CLS, CTC**
(rev. 01.04.16)

## EDUCATION:

**Post-Graduate Courses/Programs**

See Appendix A.

**Doctor of Philosophy** (Applied Management & Decision Sciences), Walden University, Minneapolis, MN, 1999. Dissertation: The Patterns, Practices, and Managerial Impact of Sexual Harassment in a Southern Sheriff's Department with a Comparative Analysis to the United States Merit Systems Protection Board Findings. (Accredited by North Central Association of Colleges)

*Post-doctoral* **Master of Arts** (Career and Technical Education), School of Education, California State University, San Bernardino, 2013. (Accredited by Western States Association of Colleges)

**Master of Business Administration** (Marketing/Management), *With Distinction*, Graduate School of Management, Babson College, Wellesley, MA, 1978. (Accredited by New England Association of Colleges, and AACSB)

**Master of Science** (Public Relations), School of Public Communication, Boston University, Boston, MA, 1976. (Accredited by New England Assoc. of Colleges)

**Bachelor of Science** (Criminal Justice), *Summa Cum Laude*, University of Baltimore, Baltimore, MD, 1975. (Accredited by Middle States Assoc. of Colleges)

**Associate in Applied Science** (Police Science), *Cum Laude*; **Certificate in Corrections**, *Cum Laude*, Northern Virginia Community College, Annandale, VA, 1972. (Accredited by Southern States Assoc. of Colleges)

## PROFESSIONAL EXPERIENCE:

2015 – Present: **Center for Excellence in Event Reconstruction**, Henderson, NV. Developed this Center within the Institute for the Prevention of In-Custody Deaths, Inc. Held the first international "Law Enforcement Camera-based Systems" symposium in June 2015, with 3 countries represented.

2014 – Present: **IPICD Online Training Center**, Henderson, NV. Co-developed this online training center to offer instructor updates, requalification, and independent courses. Developed and designed many of the course lessons, including narration.

EXHIBIT
519 B

2005 – Present. **Institute for the Prevention of In-Custody Deaths, Inc.** Henderson, NV. President, Chief Learning Officer. Administrative, teaching, plus curricula and instructional design, operational guidance, research project manager, and implementation of arrest-related and sudden in-custody death identification, prevention, and investigative programs (including jail suicide) for criminal justice, emergency responders, correctional, and medical agencies across the globe. Program developer/writer of several training aids: informational video, text, seminal electronic applications, instructor and basic training workbooks and support materials, etc., in addition to identifying and synthesizing the literature on arrest-related and sudden in-custody deaths (e.g., metabolic acidosis, agitated delirium, "excited delirium", asphyxia issues, etc.). Assisted a Texas Sheriff's Department in the monitoring of a United States Department of Justice Civil Rights Division investigation of its large correctional facility. Developed and sponsored the first and subsequent international sudden death, excited delirium conferences in November 2006, November 2007, October 2008, November 2009, November 2010, November 2011, November 2012, November 2013, November 2014, and November 2015. Developed and sponsored the first Forensic Analyst Program on Delirium and Sudden, In-Custody Death (2009), and the first ECD Forensic Analyst™ Program (2010). Developed and sponsored the first restraint symposium, April 2014. Conducted the first scientific field setting research of The WRAP Restraint (with A. David Berman, M.S.). Editor, *Clinical Significance*™ quarterly newsletter. Instructional Conducted an on-site visit to Singapore Prison Service (SPEAR Force) in 2014 where lesson plans, assessments, and defensive tactics programs (handcuffing, baton, OC, and unarmed self-defense) were evaluated and recommendations provided.

1982 - Present: **Defensive Tactics Institute, Inc.** Henderson, NV. Founder, Vice Chairman, Chief Operating Officer, and senior instructor. President, 1982 - 1995. Administrative, marketing, public relations, financial, curricula design, teaching, plus the design, implementation and evaluation of less-than-lethal and non-lethal instructor and basic training programs for criminal justice agencies across the globe. Develop policies, procedures, rules and regulations for agencies on use-of-force training and equipment. See Appendix B for a list of programs taught.

1982 - Present: **John G. Peters, Jr. & Associates**, Las Vegas, NV. International consultant and project manager. Consulting areas include police, correctional, security, and municipal practices; criminal justice products; civilian use-of-force; management studies; organizational diagnosis of criminal justice agencies; and, sexual harassment surveys and studies. Sexual harassment database is the largest identified that focuses upon criminal justice agencies. Statistical data analysis of TASER® voluntary self-exposures and field uses. Consulted in over 250 criminal and civil cases as a consulting and/or an expert witness. AELE-Certified Litigation Specialist: Police Liability; Correctional Liability; Public Employment Law; and, Campus Law Enforcement.

1982: **United States Secret Service Defensive Tactics Advisory Panel**, Washington, D.C. Member. One of four defensive tactics instructors in the United States appointed to this pioneering panel. The Panel's purpose was to design and update existing self-defense tactics for the U.S. Secret Service (including the Presidential Protection Detail, and the Uniformed Division).

**1982 - 1995: Reliapon Police Products, Inc.,** Albuquerque, NM. Founder. President. Former Chairman of the Board, and Vice President of Marketing and Communications (1983 - 1994). Responsibilities included the overseeing of administrative, marketing, public relations, financial, and senior management matters of this specialized mail order, wholesale, video production, and publishing firm. Recruited and managed nationwide sales representatives. Products sold in the United States and abroad. Sold the company in 1994. Supervised six people.

---

**1992 - 1994: Institute for Liability Management,** Gallagher-Bassett Services, Inc., Itasca, IL. Senior Associate. Responsible for the conducting of police department Liability Assessment Profile Surveys (LAPS), the review of LAPS, plus the consultation/ implementation of LAPS; the development and review of high-risk policies; the teaching of courses including: Use-of-Force Instructor, Supervisory Responsibility and Liability Management, Pursuit Liability and Management, etc.; and, criminal justice practices consultation.

**1989 - 1991: Impact Productions, Inc. and Impact Duplications.** Albuquerque, NM. Co-founder. Writer-Producer for video productions and scripts. Wrote and produced two criminal justice informational videos: ASP Tactical Baton and Defensive Tactics With Electronic Restraints.

**1982 - 1985: Tri-Sector Professional Development Institute, Inc.** Albuquerque, NM. Founder. Administrative, marketing, public relations, and other duties, including curricula design and teaching, consulting, plus the design, implementation, and evaluation of management and related training programs for governmental, corporate, and non-profit agencies. Programs included: public budgeting, criminal investigation management, management by objectives, first-line supervision, discipline, civil liability, and the writing of policies, procedures, and rules and regulations.

**1979 - 1982: PR-24 International Institute, Inc.,** Braintree, MA. President and founder. Administrative duties, training, plus the design, implementation, and evaluation of the PR-24 baton, Kubotan®, and other defensive tactics programs for criminal justice agencies. Instructed the *Los Angeles Police Department, the California Highway Patrol, the North Carolina Highway Patrol, the Las Vegas Metro Police, plus others*. Edited and published an international newsletter for instructors. Hosted the first PR-24 International instructor seminar.

**1978 - 1979: Public Systems Evaluation, Inc.,** Cambridge, MA. Senior Research Associate. Responsibilities included the conducting of literature reviews, attitudinal surveys, and topic area leadership in a project designed to assess and extend research findings in the area of police field services. Became one of the nation's leading authorities in the *management of criminal investigations*. Visited major California police departments in 1979 to obtain research and management reports on criminal investigation management.

**1977 - 1978: Braintree Police Department,** Braintree, MA. Staff Executive. In this *new* position, reported to, and assisted the Police Chief. Director of both the Administrative Bureau (7 divisions), the Planning and Research Unit, and liaison to the Auxiliary Police. Functionally reorganized the police department within the first three months. Responsible for the department budget (excess of $1 million). Tasks included writing, editing, and implementing policies,

procedures, rules and regulations, Special Orders, General Orders, special investigations, interviewing applicants, discipline, etc.

6/77 - 12/77: **Waltham Police Academy**, Waltham, MA. Consultant. In this new position, assisted the Academy Director with planning, organizing, coordinating, scheduling, and teaching.

1973 - 1977: **York County Sheriff's Department**, York, PA. Deputy Sheriff. Assignments included all areas of the criminal justice system: courts, corrections, and police. Assigned to the District Attorney's Fugitive Squad in 1974. Extensive experience in investigations and security techniques and applications.

1972 - 1973: **Northern York County Regional Police Department**, Dover, PA. Police officer (self-defense specialist). Pennsylvania's *first* regional police department. Conviction rate: criminal arrests--100%; traffic arrests--95%. Designed and instructed self-defense programs, including the PR-24 baton.

3/72 - 7/71; 6/69 - 6/70: **Federal Bureau of Investigation**, Washington, D.C. Clerk. Assigned to the Files and Communications Division. Received extensive training in public speaking. Instructed FBIRA Judo Club. Received a *Letter of Commendation* from then FBI Director, J. Edgar Hoover.

## ACADEMIC EXPERIENCE:

See Appendix D for courses taught at academic institutions.

2011- Present:  **University of Phoenix**, Las Vegas, NV. Adjunct Faculty, School of Criminal Justice (Primary), and School of Business (Secondary).

2005-2006: **Neumann College**, Aston, PA. Adjunct faculty. Responsible for teaching in the Master of Leadership degree program.  Designed and taught online facilitator course for undergraduate and graduate faculty.

8/00- 12/04: **Millersville University**, Millersville, PA. Adjunct faculty. Nominated for *Faculty of the Year, 2001* by Student Senate.

5/03 – 8/04: **Walden University**, Minneapolis, MN. Adjunct Faculty, School of Management/Public Administration. Supervised doctoral students in public administration areas, including but not limited to criminal justice, public safety, etc.

6/02 – 8/03:  **Regent University**, Alexandria, VA. Assistant Professor. On-line course development.  Serve on Admissions Committee and Curriculum Committee, in addition to advising students. Integral part of the SACS review for program accreditation.

3/00 – 9/01: **Walden Institute**, Bonita Springs, FL. Faculty.  Responsible for teaching the Institute's on-line *Certified Online Instructor Course*. See Appendix D.

9/00 – 6/02: **Regent University**, Alexandria, VA.  Adjunct faculty,  Degree Completion
Program.  Lead instructor for Groups #1A, 5A and 9A.  On-line course developer for the
Regent DCP.

1/01 – 3/02: **Capella University**, Minneapolis, MN.  Core Faculty, Harold Able School of
~~Psychology. First, full-time, core faculty in industrial-organizational psychology.~~
Taught doctoral- and master-level courses.  Served on doctoral- and master-level
dissertation/thesis and comprehensive examination committees.  Coauthored, rewrote,
and updated *organizational psychology* on-line course.  Primary designer of *Police
Psychology* certificate program, including *police organizational culture* course.

1/01 – 5/01:  **Elizabethtown College**, Elizabethtown, PA.  Adjunct faculty, Communications
Division.

2000 – 1/01: **Capella University**, Minneapolis, MN.  Adjunct Faculty, Harold Able School of
Psychology.  Responsible for teaching doctoral- and master-level courses.  Served on
doctoral and comprehensive committees. Advised doctoral and master-level learners.

1998 –1/01: **Eastern College**, St. Davids, PA.  Affiliate faculty.  Responsible for teaching MBA
courses and undergraduate courses in the School of Professional Studies.  Designed,
*Information and Business Process Systems*, as an on- ground and on-line course in the
Management of Information Systems program and the Adult Intensive Track.  Primary
instructor for DCP Group # 208.

8/99-5/00: **Millersville University**, Millersville, PA.  One-year, full-time, temporary faculty
appointment, Communication and Theatre Department.  Responsible for teaching three
undergraduate courses.

1996 - 1998: **University of Alabama--Tuscaloosa**.  Adjunct faculty.  Responsible for teaching
criminal justice courses in the Advanced Police Academy.

1978 - 1980: **Northern Essex Community College**, Haverhill, MA.  Lecturer.  Taught four
courses.  Subject areas included the analysis, the design, the management, and the
implementation of police-security programs via a systems approach.  Received the
highest faculty evaluation of both full-time and part-time faculty.

## PROFESSIONAL COMMUNITY EXPERIENCE:

2006-Present: **Mountain Shadows Homeowners' Association**, Palm Desert, CA. Elected
to the Board of Directors (January 2012; Re-elected, February 2013; February 2014;
Vice chairperson, November 2014, 2015).

2000 - 2005: **Civil Service Commission**, Millersville, PA.  Appointed January 2000 for a six-
year term by the Millersville Borough Council.  Elected President, April 2000.

1989 - 1994: **Academy Estates Residents' Association, Inc.**, Albuquerque, NM. Elected President in 1989, 1990, 1991, and 1994 and Vice President, 1992 by members of the Association.

1988 - 1991: **Sunport Optimist Club**, Albuquerque, NM. Chairperson, Finance Committee, 1988 - 1989. Within six months, guided the Club from a negative to a positive cash flow. Also served as co-editor of the Club's weekly newsletter.

1979 - 1982: **Town of Braintree (MA) Finance Committee.** Member, General Government Sub-Committee. Responsible for the review and analysis of general town government budgets. Voted on all town budgets, including schools, police, fire, and highways. Served during pre- and post-Proposition 2 ½ (similar to California's Proposition 13).

1979 - 1982: **Town Meeting Member**, Braintree, MA. Elected position. Voted on all financial, administrative, and other matters that affected the Town of Braintree. Town Meeting members approved all budgets, etc.

## OTHER PROFESSIONAL:

**Teaching Credential:** State of California, CLEAR Career Technical Education Teaching Credential August 21, 2012 (#123191862).

**Training Advisor:**   AMTRAK® Police Department (1996 - 2010). Instruct and consult on various police management and training issues (e.g., sexual harassment and instructor development).

El Paso County (CO) Sheriff's Department (former).

Routt County (CO) Sheriff's Department (1991 - 1994). Draft, review, and recommend policies, rules, regulations, plus conduct training (former).

Fairbanks (AK) Police Department (former).

Pulaski County (AR) Sheriff's Department (former).

**Member:**   International Association of Chiefs of Police; Justice Research & Statistics Association; *Certified Litigation Specialist* Academic Committee, Americans for Effective Law Enforcement; Faculty, Americans for Effective Law Enforcement; Academy of Criminal Justice Sciences; Malignant Hyperthermia Association of the United States; American Correctional Association (professional member); International Police Association (professional member); Who's Who in the East; Beta Gamma; Wilson Honor Society; Phi Theta Kappa; Lambda Alpha Epsilon; United States Combat Judo Association; United States Judo Association; and, United States Judo Federation; Golden Key International Honour Society;

The Honor Society of Phi Kappa Phi (CSUSB); Epsilon Pi Tau, Gamma
Nu chapter (CSUSB), President 2013-present; Palm Springs (CA) Writers
Guild; Palms Springs Elks Lodge #1905.

**Consultant:**  Various federal, state, city, county, local, and international
criminal justice agencies including, but not limited to: Singapore Prison
Service; Oakland (CA)Police Department; Harris County (TX) Sheriff's
Department; Chattanooga (TN) Police Department; Department of Energy
Central Training Academy, Winnebago County Sheriff's Police (IL),
Seattle (WA) Police Department, Oregon State Police, Tuscaloosa (AL)
Police  Department, Public Agency Training Council, plus corrections,
security, and military agencies. Consulted with agencies in Canada, United
Kingdom, and from Australia.  Former Advisory Board member to the
Northern Essex Community College Criminal Justice Program.

**Academic Awards:**  Nominated for *Outstanding Graduate Student*, CSUSB (2013)

Dissertation nominated for academic award (1999).

M.B.A., *With Distinction*, Babson College. Second highest grade point
average certificate, College of Liberal Arts, University of Baltimore; B. S.
awarded, *Summa Cum Laude*; A. A. S. and Certificate in Corrections
awarded, *Cum Laude*, Northern Virginia Community College.

Elected into Golden Key International Honor Society (California State
University, San Bernardino); The Honor Society of Phi Kappa Phi
(CSUSB);  Epsilon Pi Tau Honorary Society, Gamma Nu Field Chapter
(CSUSB),  Beta Gamma (Babson College), Wilson (University of
Baltimore), and Phi Theta Kappa (Northern Virginia Community College)
National Honor Societies.

**Professional
Awards:**  Faculty Excellence Award (2012), University of Phoenix, Las Vegas:
School of Criminal Justice and Security; AELE Certified Litigation
Specialist: police liability, correction liability; public employment
liability, and campus law enforcement; Certificates of Appreciation: U. S.
Secret Service; Fairbanks (AK)Police Department; University of
Alabama; U. S. Coast Guard; Escambia County (FL) Sheriff's
Department; MSG, U. S. Marine Corps; and others.

Letters of Commendation: Albuquerque (NM) Police Department; Bureau
of Indian Affairs; Federal Bureau of Investigation; Washington State
Criminal Justice Training Commission; California Highway Patrol;
University of Alabama--Tuscaloosa; plus many others.

---

Honorary Citizen: Louisville, KY; Fairbanks, AK
Captain, Belle of Louisville; Kentucky Colonel

**Professional
Skills:**
Certified On-Line Instructor; Software programs: Word,
WordPerfect, Excel, PowerPoint, SPSS, BlackBoard, WebCT;
Hypnotist (clinical and investigative); WordPerfect; typing; Jiu-
Jitsu (holder of a third degree black belt); Judo (holder of a first
degree black belt); International Instructor-Trainer in several less-
than-lethal and non-lethal impact tools, defensive tactics, and
tactics.

**Presentations:**
American Society for Industrial Security (ASIS). 61st International Annual
Seminar and Conference—Anaheim, CA. (September 30, 2015). Excited
Delirium and Use-of-Force for the Security Officer.

IPICD Center for Excellence in Event Reconstruction, First Annual Law
Enforcement Camera-Based Systems Symposium—Las Vegas, NV. (June
9-11, 2015). Training and Testing for Camera Competency.

AELE, Management, Oversight, and Monitoring Use of Force—Las
Vegas, NV. (March 4-5, 2015). Post-Incident Electronic Control Weapon
Forensic Analysis.

AELE, The Biometric, Psychological and Legal Aspects of Lethal and
Less Lethal Force—Las Vegas, NV. (March 2-3, 2015). Historical
Overview and Profiles of Sudden In-Custody Deaths.

AELE, Jail and Prisoner Legal Issues Workshop: Security and Incident
Liability—Las Vegas, NV. (January 17, 2015). Physiological Aspects of
In-Custody Deaths and Injuries, Excited Delirium, Impact of Substance
Abuse.

9th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death
Conference—Las Vegas, NV. (November 6, 2014). Suicide Watch
Checks . . .

9th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death
Conference—Las Vegas, NV. (November 4, 2014). Agonal
Breathing.

AELE, Lethal and Less Lethal Force.—Las Vegas, NV. (October 14,
2013). Agitated Chaotic Events™, Special Populations, Arrest-
Related Deaths, and Sudden In-Custody Deaths.

IPICD, Legal, Medical & Scientific Constraints on Human Restraints Symposium—Las Vegas, NV (April 23, 2014). Brief History of Restraint.

IPICD, Legal, Medical & Scientific Constraints on Human Restraints Symposium—Las Vegas, NV (April 23, 2014). Agonal Breathing.

IPICD, Legal, Medical & Scientific Constraints on Human Restraints Symposium—Las Vegas, NV (April 23, 2014). Scientific Research, Sample Size, and Significance: A Primer.

AELE, Force Management—Las Vegas, NV. (March 4, 2014). Electronic Control Weapons: Forensic and Statistical Analyses.

AELE, Jail and Prisoner Legal Issues: Module I Operational & Administrative Legal Issues—Las Vegas, NV. (January 21, 2014).Excited Delirium, Sudden, and In-Custody Deaths.

8th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference—Las Vegas, NV. (November 20, 2013). Using the IPICD Arrest-related and Sudden In-custody Death Checklist.

AELE, Lethal and Less Lethal Force.—Las Vegas, NV. (October 8, 2013). Historical Overview and Profiles of Victims of Sudden In-custody Deaths.

AELE, Management, Oversight, and Monitoring of Use of Force.—Las Vegas, NV. (April 3, 2013). Electronic Control Weapons: Forensic and Statistical Analyses.

7th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference—Las Vegas, NV. (November 13, 2012). A Descriptive Study of the WRAP Restraint: Findings (with David Berman).

7th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference—Las Vegas, NV. (November 12, 2012). Scientific causation, sample size, and challenging theories.

AELE, Lethal and Less Lethal Force.—Las Vegas, NV. (October 16, 2012). Excited Delirium, Agitated Chaotic Events, Arrest-Related, and Sudden, In-custody Deaths.

AELE, Jail & Prisoner Legal Issues: Module Two, Excited Delirium, Sudden, and In-Custody Deaths (March 5, 2012). Physiological Aspects of In-Custody Deaths and Injuries, Excited Delirium, Sudden, and Impact of Substance Abuse.

CSAC -Excess Insurance Authority—Rancho Cordova, CA.
(February 8, 2012). Webinar: Excited Delirium, Arrest-Related
Deaths.
6th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death
Conference—Las Vegas, NV. (November 15, 2011). The WRAP
Restraint: A Retrospective Study.

AELE Legal, Psychological and Biomechanical
Aspects of Officer-Involved Lethal and Less Lethal
Force Workshop—Las Vegas, NV (October 11, 2011). Sudden and
In-Custody Deaths.

G2E Global Gaming Conference—Las Vegas, NV (October 5, 2011).
"Suspect in Custody: Now What?" (with Tommy Burns).

Riverside (CA) Community Police Review Commission (June 15, 2011).
Excited Delirium and Arrest-Related Deaths.

Wyoming Law Enforcement Academy, Wyoming Administrators'
Conference (April 12, 2011). Observations from the Litigation
Trenches.

AELE, Jail & Prisoner Legal Issues: Module Two, Excited Delirium,
Sudden, and In-Custody Deaths (March 8, 2011). Excited
Delirium, Sudden, and In-Custody Deaths.

American Jail Association, Legal Issues in Today's Jail—Las Vegas,
NV (February 16, 2011). Excited Delirium, Arrest-Related, & In-
Custody Deaths.

CSAC -Excess Insurance Authority—Rancho Cordova, CA.
(February 9, 2011). Webinar: Excited Delirium, Arrest-Related
Deaths.

American Jail Association, Use of Force: Know the Law—Las Vegas,
NV (February 8, 2011). Excited Delirium, In-Custody Deaths.

G2E Global Gaming Conference—Las Vegas, NV (November 15, 2010).
"Security Management: Use-of-Force Issues and Litigation" (with
Tommy Burns).

Whatcom County Emergency Medical Services Council, 29th
Annual Conference on Prehospital Medicine—Bellingham, WA
(October 23, 2010). Excited delirium for EMS providers: Causes,
symptoms, Responses.

AELE Legal, Psychological and Biomechanical
Aspects of Officer-Involved Lethal and Less Lethal
Force Workshop—Las Vegas, NV (October 12, 2010). Sudden and
In-Custody Deaths.

National Association for Civilian Oversight of Law
Enforcement (NACOLE) International Conference—
Seattle, WA (September 21, 2010). It's a Medical
Emergency: Best Practices for Arrest-Related Deaths.

Las Vegas Metropolitan Police Department—Las Vegas,
NV (April 26-27, 2010). Investigating Arrest-Related
Deaths and Acute Psychotic Events.

American Jail Association—Las Vegas, NV (March 9,
2010). Sudden, In-Custody Deaths.

AELE Legal, Psychological and Biomechanical Aspects of
Officer-Involved Lethal and Less Lethal Force
Workshop—Las Vegas, NV (March 9, 2010). Sudden and In-
Custody Deaths.

Nevada Department of Wildlife—Boulder Beach, NV
(February 23, 2010). Arrest-related, excited delirium, and sudden,
in-custody deaths.

Lorman Education Services—Webinar (February 10, 2010). Recognizing
and Responding to Excited Delirium.

CSAC -Excess Insurance Authority—Rancho Cordova, CA.
(January 13, 2010). Webinar: Recognition, Prevention, and
Management of Excited Delirium and Sudden, In-Custody Death.

AELE Jail and Prisoner Legal Issues—Las Vegas, NV (January 11, 2010).
Sudden and In-Custody Deaths.

AELE Legal, Psychological and Biomechanical Aspects of Officer-
Involved Lethal and Less Lethal Force Workshop—Las Vegas,
NV (October 26-28, 2009).
Sudden and In-Custody Deaths.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Fairfield, CA (June 22, 2009). Operationalizing
Theory Into Practice: Sudden and In- Custody Deaths.

---

Canadian Centre for the Prevention of In-Custody Deaths, Inc.—
Niagara Falls, Canada (May 26, 2009). Putting it All
Together.

American Jail Association's 28th Annual Training Conference &
Jail Expo—Louisville, KY (April 26, 2009). Excited
Delirium—Preventing-In-Custody-Deaths.

IPICD Forensic Analyst Program—Las Vegas, NV. (April 17,
2009). Reconstruction of the sudden, in-custody death;
Investigation checklist; Report writing for sudden, in-
custody death events.

IPICD Forensic Analyst Program—Las Vegas, NV. (April 16,
2009). Causation v. Fallacies; Reviewing and interpreting
scientific studies.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Washington Criminal Justice Training
Commission, Burien, WA. (April 2, 2009).
Operationalizing Theory Into Practice: Sudden and In-
Custody Deaths.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Westminster Police Department,
Westminster, CO. (March 30, 2009). Operationalizing
Theory Into Practice: Sudden and In-Custody Deaths.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Los Angeles County Sheriff's Training
Center, Whittier, CA. (March 16, 2009). Operationalizing
Theory Into Practice: Sudden and In-Custody Deaths.

AELE Legal, Psychological and Biomechanical Aspects of
Officer-Involved Lethal and Less Lethal Force
Workshop—Las Vegas, NV (March 9-10, 2009). Sudden
and In-Custody Deaths.

CSAC-Excess Insurance Authority—Rancho Cordova, CA.
(January 21, 2009). Webinar: Recognition, Prevention, and
Management of Excited Delirium and Sudden, In-Custody Death.

Court Security Seminar, California Sheriff's Association
—Marina del Rey, CA. (November 20, 2008).
Excited Delirium User-Level Program.

---

IPICD 3rd Annual Conference: Excited Delirium & Sudden
Death—Las Vegas, NV. (October 31, 2008). Scientific Method,
Causation, and Fallacies.

Correctional Facilities Administrative Seminar, California Sheriff's
Association—Sacramento, CA. (October 22, 2008). Excited
Delirium.

AELE Lethal and Less Lethal Force Workshop—Las Vegas, NV (October
21, 2008). Sudden and In-Custody Deaths.

CSAC-Excess Insurance Authority—Rancho Cordova, CA.
(September 10, 2008). Webinar: Recognition, Prevention, and
Management of Excited Delirium and Sudden, In-Custody Death.

TASER® Use of Force, Risk Management, and Legal Strategies
Conference—Salt Lake City, UT. (July 21, 2008).
Operationalizing Theory Into Practice: Sudden and In-
Custody Deaths.

PRIMA 29th Annual Conference—Anaheim, CA (June 2, 2008).
Excited Delirium and Sudden Death: Legal, Management, and
Risk Management Issues.

American Jail Association's 27th Annual Training Conference &
Jail Expo—Sacramento, CA (May 5, 2008). Jail Deaths:
Excited Delirium—Prevention In-Custody Deaths: Part I.

California Sheriff's Association Seconds in Command
Workshop—Mt. Shasta, CA (May 1, 2008). Excited Delirium.

AELE Lethal and Less Lethal Force Workshop—San Francisco, CA
(March 25, 2008). Sudden and In-Custody Deaths.

Arizona Homicide Investigator Conference—Tempe, AZ (March   17,
2008).Excited delirium, sudden in-custody death,     behavioral
cues, and forensic investigation guidelines.

CA P.O.S.T. CIT Seminar/Curriculum Update—San Jose, CA.
(February 28, 2008). Excited delirium history and behavioral cues.

American Jail Association—-Ft. Walton Beach, FL. (January 21,     2008).
Excited Delirium/Sudden In-Custody Deaths in the  Correctional
Setting.

AELE Jail and Prisoner Legal Issues—Las Vegas, NV. (January 15, 2008). Excited Delirium and Sudden, In-Custody Deaths.

11th Annual Homicide Investigator Conference—Mesquite, NV (December 13, 2007). Excited Delirium, Sudden, In-Custody Death, Use of Force, and Forensic Investigation.

2nd Annual Sudden Death, Excited Delirium & In-Custody Death Conference—Las Vegas, NV (November 28, 2007). Scientific Method, Causation, Fallacies, and the FRCP 702 Gatekeeper Function.

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Honolulu, HI. (November 19, 2007). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths.

AELE Lethal and Less Lethal Force Workshop—Las Vegas, NV (November 12, 2007). Sudden and In-Custody Deaths.

California Sheriff's Association—San Jose, CA (October 24, 2007. Excited Delirium and Sudden In-custody Deaths.

WCRP Excited Delirium Workshop—Federal Way, WA (October 11, 2007).

WCRP Excited Delirium Workshop—Spokane, WA (October 10, 2007).

CVMIC Excited Delirium Conference—New Berlin, WI. (October 2, 2007). Excited Delirium Overview, Forensic Investigations, and Scientific Causation.

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Vancouver, B.C. (September 2007). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER®/FBINAA Use of Force, Risk Management, and Legal Strategies Conference—San Diego, CA (July 2007). Operationalizing Theory Into Practice: Sudden and In- Custody Deaths.

Montana Chiefs of Police Association Missoula, MT. (July 2007). Excited Delirium, Sudden, In-Custody Deaths, Suicide-by- Cop.

Cincinnati (OH) Police Department (May 2007): Keynote speaker: Sudden/In-Custody Deaths.

Contra Costa County Sheriff's Department Correctional Services (April 2007): Sudden Death, Excited Delirium Deaths.

Illinois State Police Internal Investigator Symposium Springfield, IL (April 2007): Investigating Sudden Death, Excited   Delirium Deaths

Utah Chiefs' of Police Association St. George, UT (March 2007): Sudden Death, Excited Delirium, Jail Suicide, and Suicide-  by-Cop

AELE Lethal and Less Lethal Force—Las Vegas, NV (March 2007): History of Sudden Death: An Overview.

Las Vegas Metropolitan Police Department "Use-of-Force Media  Day, Las Vegas, NV (February 2007): Sudden Death, Excited Delirium, and TASER ECDs

Boulder City Kiwanis Club, Boulder City, NV (February 2007): Sudden Deaths and TASER ECDs

Southern California Jail Manager's Conference, Santa Paula, CA (January 2007): Excited Delirium

Montana Association of Cities and Counties, Billings, MT  (January 2007): Excited Delirium; Jail Suicide; Suicide by Cop.

AELE Jail and Prisoner Legal Issues—Las Vegas, NV (January 2007): Psychological Considerations: Excited Delirium and Jail Suicide

P.A.T.C., Western Training Conference, Las Vegas (November 2006): Excited Delirium, In-Custody Death; Investigations

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Oakland, CA (November 2006). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Colorado Springs, CO (August 2006). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Portland, OR (July 2006). Operationalizing Theory Into Practice: Sudden and In- Custody Deaths.

PRIMA Conference—Las Vegas (June 2006): Sexual Harassment and Research Findings

FBI National Academy Graduates—Utah (May 2006): Excited Delirium, In-Custody Death; Jail Suicide; Suicide by Cop

TASER®-Annual-Conference—Las-Vegas,-NV-(May-2006): Excited Delirium, Sudden Death

TASER® Master Instructor Program—Las Vegas, NV (May 2006). Excited Delirium, Sudden Death

Harrah's Entertainment, Inc.—Las Vegas, NV (April 2006): Ethics.

AELE Lethal and Less-Lethal Force—Las Vegas, NV (February 2006): Excited Delirium and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Scottsdale, AZ (January, 2006). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths

TASER® Use of Force, Risk Management, and Legal Strategies Conference—Scottsdale, AZ (December, 2005). Operationalizing Theory Into Practice: Sudden and In-Custody Deaths.

Michigan Sheriff's Conference (October, 2005): Excited Delirium

Intercourse (PA) Merchants Association (February, 2004): Village History

PRIMA Conference—Reno (May 2003): Sexual Harassment and Employment Issues

Academy of Criminal Justice Sciences, Boston, MA (Feb., 2003)

Civil Air Patrol, Leola (PA) Elementary School (November, 2002)

PRIMA Conference—San Antonio (May 2002): Sexual Harassment

Wisconsin Sheriff's Conference (January 2001): Sudden Death

Walden University (December 1998): Use of Force

Pennsylvania Sheriff's Conference (July 1998)

Walden University (March 1997): Police Use of Force

Walden University (July 1997): Sexual Harassment

Milwaukee (WI) County Chief's Association (1995): Pepper Spray

Texas Narcotics Officers Association Conference (1988, 1989):
Safe Prisoner Searching Methods

Waltham (MA) Police Academy (March 1982)

Boston University (October 1979)

Waltham Police Department (October 1979)

PR-24 International Instructor Conferences (1979, 1980, 1981)

Boston University (February 1979)

Westwood (MA) Police Department (February 1979): Defensive
Tactics

**Panelist:**         "Electroshock Weapons Test and measurement Workshop." National
Institute of Standards and Technology, Gaithersburg, MD,
January 21, 2011.

"It's a Medical Emergency: Best Practices for Arrest-Related Deaths."
National Association for Civilian Oversight of Law Enforcement
International Conference, Seattle, WA, September 21, 2010.

"Vascular neck restraint and TASER." KXNT Radio, Las Vegas, NV,
December 2, 2009.

"Sudden and In-Custody Deaths." KDWN Radio, Las Vegas, NV, October
9, 2009.

"Excited Delirium." CVMIC Excited Delirium Conference, New Berlin,
WI, October 2, 2007.

"Sexual Harassment Research Findings in Local Government." PRIMA's
26th Annual Conference, Las Vegas, NV, June 12, 2006.

"Legal, Psychological and Biomechanical Aspects of Officer-Involved
Lethal and Less Lethal Force." Americans for Effective Law
Enforcement, Las Vegas, NV, February 2006.

"Interactive Mock Trial" (municipal government employment practices).
PRIMA's 24th Annual Conference, Reno, NV, May 22, 2003.

"Officer-Assisted Suicide: Liability, Training, and Municipal Concerns."
Milwaukee, WI: Lorman Educational Services, December 5, 2002.

"Interactive Mock Trial" (employment practices). PRIMA's 23rd Annual
Conference, San Antonio, TX, May 16, 2002.

"Sexual Harassment: Research Findings In The Law Enforcement
Workplace", Milwaukee, WI. Lorman Educational Services,
December 4, 2001.

"Police Liability in Wisconsin", Milwaukee, WI. Lorman Educational
Services, December 14, 2000.

"To Protect and Serve." KNME Channel 5, Albuquerque, NM:
July 10, 1991. Invited panelist: police "use-of-force" program.

## PUBLICATIONS:

**Texts:**

1.   *Official Kubotan® Techniques* (with Takayuki Kubota). (1981). Ventura, CA:
     Reliapon Police Products, Inc.

2.   *Realistic Defensive Tactics.* (1981). Ventura, CA: Reliapon Police
     Products, Inc.

3.   *Official Kubotan Techniques--Civilian* (with Takayuki Kubota). (1982).
     Braintree, MA: Defensive Tactics Institute, Inc.

4.   *Defensive Tactics With Flashlights.* (1983). Ventura, CA: Reliapon Police
     Products, Inc.

5.   *Afraid of the Dark?  Lite Your Way To Safety* (with Laurie A. Peters). (1984).
     Ventura, CA: Reliapon Police Products, Inc.

6.   *Tactical Handcuffing for Chain- and Hinged-Style Handcuffs.* (1989).  Ventura,
     CA: Reliapon Police Products, Inc.

7.   *Prevention and Management of In-Custody Deaths* (with A. David
     Berman).  (1997). Millersville, PA: Defensive Tactics Institute, Inc.

## ARTICLES, NEWSLETTER, and HANDBOOKS

1.  *BLURB.* Lancaster: Lancaster (PA) Judo Club, January 1976.

2.  "Search: the Elevated Lying Position." *The Sentinel*, Spring 1976, pp. 44-45.

3.  ~~"Massachusetts Prison Furlough System. A Failure?" (with George Sacco) *The Advocate*, Spring 1976, pp. 2-9.~~

4.  *BLURB.* Lancaster: Lancaster (PA) Judo Club, February-March, 1976.

5.  "Massachusetts Prison Furlough System. A Failure?" (with George Sacco) *The Sentinel*, Summer 1976, pp. 61-64.

6.  Warren Hall Handbook. Boston: Boston University Press, 1976.

7.  *BLURB.* Lancaster: Lancaster (PA) Judo Club, April-May, 1976.

8.  "Massachusetts Police Association's Position on Firearms." (with George Sacco) *The Sentinel*, Fall 1976, pp. 41-44.

9.  "Management vs Media." *The Sentinel*, Fall 1976, pp. 63-64.

10. "Escape From A Full Nelson." *The Sentinel*, Fall 1976, pp. 63-64.

11. *BLURB.* Lancaster: Lancaster (PA) Judo Club, September-October, 1976.

12. *Massachusetts Police Association's 1976 Convention Report* (with Bill Brooks, et al.) Peabody: Massachusetts Police Association, 1976.

13. "Dealing With Recidivism." *The Sentinel*, Winter 1976, pp. 57-62.

14. "This Way Please." *The Sentinel*, Winter 1976, pp. 49-50.

15. "Breaking A Front Choke Hold." *The Sentinel*, Winter 1976, pp. 48-49.

16. *BLURB.* Lancaster: Lancaster (PA) Judo Club, November-December, 1976.

17. "Pinned On Your Back: Now What?" *The Sentinel*, Spring 1977, pp. 55-56.

18. "Bartley-Fox: Is It Working?" (Part I with W. Brooks) *The Sentinel*, Spring 1977, pp. 51-54.

19. *A Descriptive Study To Determine The Salutation Preference of Massachusetts' Drivers.* Wellesley: Babson College Press, 1977.

20.    "Self-Defense Tips For Women." *The Sentinel*, Summer 1977, pp. 51-53.

21.    "Bartley-Fox: Is It Working?" (Part II with W. Brooks) *The Sentinel*, Summer,
          1977, pp. 47-50.

22.    "First Names: Should They Be Used During Traffic Stops?" (with R. Goulet)
          *The Sentinel*, Summer 1977, pp. 15-20.

23.    "You Want Me Out, Take Me Out." *The Sentinel*, Fall 1977, pp. 33-34.

24.    *Northern Essex Hospital*. Haverhill: Northern Essex Community College, 1977.

25.    "Escape From A Crushing Bearhug." *The Sentinel*, Winter 1977, p. 27.

26.    "Shoplifting: Its Impact On You." (with D. Slifka). *The Sentinel*, Winter 1977, pp. 31-
          32.

27.    "The PR-24: An Answer To The Grey Area." *The Sentinel*, Spring 1978, pp. 19-
          21.

28.    *Hypnosis: An Evaluation of its Impact on Learning In A Police Recruit Class.*
          Boston: Massachusetts Criminal Justice Training Council, 1978.

29.    *The Connection.* Braintree: PR-24 International Institute, Inc., August-
          September 1979.

30.    "Defensive and Offensive Blocking: How A New Type of Baton Can Work For
          You." Law Enforcement Communications, August 1979, pp. 47-51.

31.    "Police Field Studies: A Review of Evaluation Research." ( with Michael Cahn,
          and Edward Kaplan). *How Well Does It Work? Review of Criminal Justice
          Evaluation, 1978.* Washington National Institute of Law Enforcement and
          Criminal Justice, 1979, pp. 205-236.

32.    *The Connection.* Braintree: PR-24 International Institute, Inc., October-
          November, 1979.

33.    *The Connection.* Braintree: PR-24 International Institute, Inc., December-
          January, 1980.

34.    *The Connection.* Braintree: PR-24 International Institute, Inc., February-March,
          1980.

35.    *The Connection.* Braintree: PR-24 International Institute, Inc., April-May,
          1980.

36.    *The Connection.* Braintree: PR-24 International Institute, Inc., June-July, 1980.

37.    *The Connection.* Braintree: PR-24 International Institute, Inc., August-September, 1980.

38.    *The Connection.* Braintree: PR-24 International Institute, Inc., October-November, 1980.

39.    *The Connection.* Braintree: PR-24 International Institute, Inc., December-January, 1981.

40.    "Kubotan: New Police Impact Tool." *The Sentinel*, Winter 1981, pp. 23-26.

41.    *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 1, 1984.

42.    *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 2, 1984.

43.    *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 3, 1984.

44.    *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 84 No 4, 1984.

45.    *DTI Training Review.* Albuquerque: Tri-Sector Professional Development Institute, Volume 85 No 1, 1985.

46.    *Instructor Handbook: Use of Force.* Albuquerque: Reliapon Police Products, Inc., 1985.

47.    "Tactical Handcuffing Part I." *Police and Security News*, January-February 1988, pp. 6-23.

48.    "Tactical Handcuffing Part II." *Police and Security News*, March-April 1988, pp. 2-19.

49.    "Mini-Flashlights: More Than An Illumination Device." *Police and Security News*, July-August 1988, pp. 3-14.

50.    *Tactical Handcuffing: Instructor Handbook.* Albuquerque: Reliapon Police Products, Inc., 1988.

51.    *Tactical Handcuffing: Test Administrator Manual.* Albuquerque: Reliapon Police Products, Inc., 1988.

52.    "Officer Survival Tip When Using the Beretta 92-F and the H & K 9mm Auto
       Pistols." *Police and Security News*, September-October 1988, pp. 3-14.

53.    "The Truth About Electronic Restraints." *Police and Security News*,
       November-December 1988, pp. 3-14.

54.    "The Expandable Baton: Your Less-Than-Lethal Sidekick." *Police and
       Security News*, January-February, 1989, pp. 5-16.

55.    "Use of Force: Making the Intangible, Tangible." *Police and Security News*,
       March-April 1989, pp. 5-23.

56.    *Electronic Restraint Lesson Guide*. Albuquerque: Reliapon Police
       Products, Inc., 1989.

57.    *Electronic Restraint Test Administrator Manual.* Albuquerque: Reliapon
       Police Products, Inc., 1989.

58.    "Reduce Your Training Liability with Performance- and Situational-Based
       Testing. "*Police and Security News*, May-June 1989, pp. 5 - 25.

59.    "Eight Areas of Potential Negligence For Criminal Justice Trainers,
       Supervisors, and Administrators." *Police and Security News*, July-August 1989,
       pp. 7 - 30.

60.    "Restraining Prisoners: An Historical View." *Police and Security News*,
       September-October 1989, pp. 6-9.

61.    *Firearm Disarming Instructor Guide*. Albuquerque: Reliapon Police
       Products, Inc., 1989.

62.    *Firearm Disarming Test Administrator Manual.* Albuquerque: Reliapon
       Police Products, Inc., 1989.

63.    *Tactical Flashlight™ Instructor Guide*. Albuquerque: Reliapon Police
       Products, Inc., 1989.

64.    *Tactical Flashlight Test Administrator Manual.* Albuquerque: Reliapon
       Police Products, Inc., 1989.

65.    "Corrective Discipline for the 1990s." *Police and Security News*, March-April
       1990, pp. 14-31.

66.    "Mini-Flashlights Revisited." *Police and Security News*, July-August 1990,
       pp. 5-27.

67. "Kubotai: New Restraint Tool." *Police and Security News*, July-August 1990, p. 40.

68. "New Restraints For The 1990s." *Police and Security News*, September-October 1990, pp. 12-35.

69. "Your Whistle: An Important, But Often Overlooked Officer Survival Tool." *Police and Security News*, November-December 1990, pp. 3-27.

70. *DTI Training Review*. Albuquerque: Defensive Tactics Institute, Inc., Volume 91 No. 1, 1991.

71. "The Expandable Baton: More Than A Defensive Striking Tool." *Police and Security News*, January-February 1991, pp. 5-39.

72. Tactical Handcuffing Review: Standing Face To Face No. 1 Poster. Albuquerque: Reliapon Police Products, Inc., January 1991.

73. Tactical Glove Review. Poster. Vermont: Dakota Corp., March 1991.

74. "Flashlights: The Ersatz Baton: Part I." *Police and Security News*, March-April 1991, pp. 10 - 25.

75. "Rechargeable Flashlights: The Most Cost-Effective Tools You Can Use On The Job." *Police and Security News*, May-June 1991, pp. 10-33.

76. *DTI Training Review*. Albuquerque: Defensive Tactics Institute, Inc., Volume 91 No. 2, 1991.

77. "Tactical Gloves: A Must For The Street-Wise Officer." *Police and Security News*, September-October 1991, pp. 18-31.

78. *Chemical Aerosol Spray Instructor Guide*. Albuquerque: Reliapon Police Products, Inc., 1991.

79. "Heroes Behind The Badge: National Law Enforcement Officers Memorial." *Police and Security News*, November-December 1991, pp. 43-45.

80. *Chemical Aerosol Spray Workbook*. Albuquerque: Defensive Tactics Institute, Inc., 1991.

81. *Defensive Tactics Instructor Workbook*. Albuquerque: Defensive Tactics Institute, Inc., 1991.

82. "Selected Medical Implications of Handcuffing." *Police and Security News*, January-February 1992, pp. 24-27.

83. *Tactical Flashlight Instructor™ Workbook.* Albuquerque: Defensive Tactics Institute, Inc., 1992.

84. *Kubotan® Instructor Workbook.* Albuquerque: Defensive Tactics Institute, Inc., 1992.

85. *Side-Handle-Baton-Instructor-Workbook-(with-Steven-Shockley).* Albuquerque: Defensive Tactics Institute, Inc., 1992.

86. "Americans With Disabilities Act: Its Affect On Criminal Justice and Security Agencies." (with Michael Brave, J.D.) *Police and Security News*, May-June 1992, pp. 3-63.

87. *DTI Training Review.* Albuquerque: Defensive Tactics Institute, Inc., Volume 92 No. 1, 1992.

88. "OSHA's Occupational Exposure to Bloodborne Pathogens Standard: How it Can Cave Your Life! Part I of 2." (with Michael Brave, J.D.) *Police and Security News*, July-August 1992, pp. 28-41.

89. "Americans With disabilities Act: An End to Disability discrimination by Law Enforcement." (with Michael Brave, J.D.) *CVMC Risk Management Case Study VII*, July 1992.

90. "Why OC? (Oleoresin Capsicum)." (with Michael Brave, J.D.) *CVMC Risk Management Study V*, July, 1992.

91. "Managing The Use of force Through Policies and Procedures." (with Michael Brave, J.D.) *Legal Defense Manual*, Brief 92-3, pp. 12-19.

92. "New Technology--Oleoresin Capsicum Spray; Policy and Procedure." (with Michael Brave, J.D.). *Legal Defense Manual*, Brief 9203, pp. 12-19.

93. "Electronic Restraint Devices--Policy and Procedures." (with Michael Brave, J.D.). *Legal Defense Manual*, Brief 9203, pp. 19-23.

94. "OSHA's Occupational Exposure to Bloodborne Pathogens Standard: How It Can Save Your Life--Part II." (with Michael Brave, J.D.). *Police and Security News*, September-October 1992, 20-56.

95. *Edged Weapons Instructor Workbook* (with Steven Shockley). Albuquerque: Defensive Tactics Institute, Inc., 1992.

96. *Crowd Control Instructor Workbook* (with Steven Shockley). Albuquerque: Defensive Tactics Institute, inc., 1992.

97. *DTI Training Review.* Albuquerque: Defensive Tactics Institute, Inc., Volume 92 No 2, 1992.

98. "Stop Exposing Yourself." *Hatch Gloves Newsletter.* Ventura: Hatch Gloves, Volume 92 No 4, 1992.

99. *Electronic Restraints.* Sample Policy (with Michael Brave). Albuquerque: Reliapon Police Products, Inc., 1992.

100. *Aerosol Sprays.* Sample Policy (with Michael Brave). Albuquerque: Reliapon Police Products, Inc., 1992.

101. "OSHA's Occupational Exposure to Bloodborne pathogens Standard: How it Can Save Your Life! (with Michael a. Brave), *CVMC Risk Management Case Study IX*, December, 1992.

102. "New Information On Aids That Can Save Your Life!" (with Michael A. Brave) *Police and Security News*, January-February 1993, pp. 13-39.

103. "Legal Constraints On Human Restraints." *The Police Chief*, March 1993, pp. 28-35.

104. "What's Your Use Of Deadly Force Standard?" (with Michael A. Brave) *Police and Security News*, May-June 1993, pp. 9-51.

105. "The Problem With Off-Duty Employment." (with Michael A. Brave) *Legal Defense Manual*, Brief 93-2, pp. 3-8.

106. "Secondary Employment: Sample Policy and Procedure." (with Michael A. Brave) *Legal Defense Manual*, Brief 93-2, pp. 8-12.

107. "General Use-of-Force Considerations: Sample Policy and Procedure." (with Michael A. Brave) *Legal Defense Manual*, Brief 93-2, pp. 25-29.

108. "Deadly Force: More Than Just Firearms." (with Michael A. Brave) *Police and Security News*, September-October 1993, pp. 16-28.

109. "OC Aerosol Spray Update." (with Michael A. Brave) *Police and Security News*, January-February 1994, pp. 13-28.

110. "Flashlights and Police Liability." (with Michael A. Brave) *The Police Chief*, May 1994, pp. 46-49.

111. "New Study Says OC Sprays Safe." (with Michael A. Brave) *Police and Security News*, May-June 1994, pp. 55-58.

112. "Written Policy: Foundation for Officer Accountability." (with Michael A. Brave) *Legal Defense Manual*, Brief 94-2, pp. 3-8.

113. "Street-Proven, Life-Saving Equipment." *The European Government Journal*, Volume 2 No. 4 [1994], pp. 107-111.

114. "OC Training: Are Facial Sprays Necessary?" *Police and Security News*, September-October 1996, pp. 57-61.

115. *Prevention and Remediation of Sexual Harassment in the Workplace*. Millersville, PA: Defensive Tactics Institute, Inc., 1996.

116. "Prevention and Remediation of Sexual Harassment In The Criminal Justice Workplace—Part I." *Police and Security News*, January - February, 1997, pp. 15 - 50.

117. "Prevention and Remediation of Sexual Harassment In The Criminal Justice Workplace—Part II." *Police and Security News*, March - April, 1997, pp. 3 - 7.

118. "Hogtying: Take It Off Your Restraint Menu." *Police and Security News*, May - June 1998, pp. 52 - 57.

119. "Hogtying: Take It Off Your Restraint Menu." *CVMC Risk Management Case Study #83*, July 1998.

120. "Sexual Harassment: What Can Your Agency Do To Minimize Liability?" (with G. Gunta). (1998, November) *The Police Chief*, p. 10.

121. *The Patterns, Practices, and Managerial Impact of Sexual Harassment in a Southern Sheriff's Department with a Comparative Analysis to the United States Merit Systems Protection Board Findings*. (1999). Ann Arbor, MI: UMI, Inc.

122. "Sexual Misconduct: The No Win Lawsuit." (with G. Gunta). (2001, July). *CVMIC Update*, Vol. 11 No.3, pp. 2-3.

123. "National Law Enforcement Officers Memorial: 10th Anniversary." *Police and Security News*, November-December 2001, p. 78.

124. "Sexual Harassment: Research Findings in the Law Enforcement Workplace." (2001). *Police Liability in Wisconsin*. Eau Claire: Lorman Education Services, pp. 129-148.

125. "Great Cause, Great Night." *American Police Beat*, December 2000, p. 38.

126.   "Officer-Assisted Suicide: Liability, Training, and Municipal Liability." (2002). *Police Liability in Wisconsin*. Eau Claire: Lorman Education Services, pp. 143-169.

127.   Hooking Up Behaviors of Undergraduate Students at a Public University [with Dr. Jill Henke]. Millersville University and Hichumanities.org .

128.   ~~"Suicide-by-Cop: Liability, Training, and Municipal Concerns.~~ *Police and Security News*, January-February, 2003.

129.   "1754-2004 Hall of Fame: Village of Intercourse, PA." (2004). *Amish Country News*, Volume 15, Issue 2, 17-19.

130.   *Identification, Prevention, Management, and Investigation of Sudden and In-Custody Deaths*, Instructor Workbook v.1.0. (2005, July). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc..

131.   *Identification, Prevention, Management, and Investigation of Sudden and In-Custody Deaths*, Instructor Workbook v.2.0. (2005, October). Henderson, NV: Institute for the Prevention of In-Custody Deaths.

132.   "Operationalizing Theory Into Practice: Sudden and In-Custody Deaths." (2005, December). *TASER® Use of Force, Risk Management and Legal Strategies for Chiefs, Sheriff's Risk Managers, and Legal Advisors*. Scottsdale, AZ: TASER® International, Inc.

133.   "Force Continuums: Three Questions." (2006, January). *The Police Chief*, 8-9.

134.   "Force Continuums: Are They Still Needed?" (2006, January). *Police and Security News*.

135.   "Operationalizing Theory Into Practice: Sudden and In-Custody Deaths." (2006, January). *TASER® Use of Force, Risk Management and Legal Strategies for Chiefs, Sheriff's Risk Managers, and Legal Advisors*. Scottsdale, AZ: TASER® International, Inc.

136.   "Sudden and In-Custody Deaths." (2006, Feburary). *AELE legal, psychological and biomechanical aspects of officer-involved lethal and less lethal force workshop workbook*. Park Ridge, IL. Americans for Effective Law Enforcement.

137.   "Sudden death, 'excited' delirium, and issues of force: Part I." (2006, March-April). *Police & Security News*, 104-107.

138.   "Sudden death, 'excited delirium, and issues of force: Part II--TASER® and EMDs." (2006, May-June). *Police & Security News*.

139.   "Sudden death, 'excited delirium,' and issues of force: Part III: Behavioral Cues and Response Plan for Sudden and In-Custody Deaths." (2006, July-August). *Police & Security News*, 44-49.

140.   "Highlights From the 2006 TASER Conference." (2006, July-August). *Police & Security News*, 56-59.

141.   "Sudden Death, 'Excited Delirium,' and Issues of Force: Part IV: A Blueprint for Forensic Investigators." (2006, September-October). *Police & Security News*.

142.   "Management Issues in law Enforcement Litigation." (2006, October). *AELE Police Civil Liability*. Park Ridge, IL: Americans for Effective Law Enforcement.

143.   "In-Custody Death and Injuries." (2006, October). *AELE Police Civil Liability*. Park Ridge, IL: Americans for Effective Law Enforcement.

144.   "The Aftermath of an Event." (2006, October). *AELE Police Civil Liability*. Park Ridge, IL: Americans for Effective Law Enforcement.

145.   "Sudden Death, 'Excited Delirium,' and Issues of Force: Part V: Preventing Jail Suicide." (2006, November-December). *Police & Security News*.

146.   "Psychological Considerations." (January, 2007). *AELE Jail and Prisoner Legal Issues*. Park Ridge, IL: Americans for Effective Law Enforcement.

147.   "Sudden and In-Custody Deaths." (February, 2007). *AELE Lethal and Less Lethal Force Workshop*. Park Ridge, IL: Americans for Effective Law Enforcement.

148.   "Sudden and In-Custody Deaths." (March, 2007). *AELE Less Lethal and Less Lethal Force CD*. Park Ridge, IL: Americans for Effective Law Enforcement.

149.   "Sudden Death, 'Excited' Delirium, and Issues of Force: Jail Suicide." (April/May 2007). *Correction Managers' Report*.

150.   "Prescription Drugs, Sudden Death, and Risk Management" (June/July 2007). *Correction Managers' Report*, Vol. XIII, No.1. Kingston, NJ: Civic Research Institute, Inc.

151.   "Excited Delirium: What Every Chief Needs To Know." (2007, September-October). *Police & Security News*.

152.   *"Chattanooga Police Department: Investigative Audit of Use of Force, Agency Oversight, and Training in 'In-Custody Deaths: Final Report.' "* (with Lou Reiter & Steve Rothlein). (November 2007). Indianapolis, IN: Legal & Liability Risk Management Institute.

153.   *Recognition, Prevention, Management of Excited Delirium and Sudden and In-Custody Deaths*, Instructor Workbook v.3.0. (2008, February). Henderson, NV: Institute for the Prevention of In-Custody Deaths.

154.   "Excited Delirium, Sudden and In-Custody Deaths." (March, 2008). *AELE Less Lethal and Less Lethal Force CD*. Park Ridge, IL: Americans for Effective Law Enforcement.

155.   "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (July 21, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

156.   *Recognition, Prevention, Management of Excited Delirium and Sudden and In-Custody Deaths*, Instructor Workbook v.4.0. (2008, September). Henderson, NV: Institute for the Prevention of In-Custody Deaths.

157.   "Excited Delirium, Sudden and In-Custody Deaths." (October, 2008). *AELE Less Lethal and Less Lethal Force CD*. Park Ridge, IL: Americans for Effective Law Enforcement.

158.   "Excited Delirium, Sudden and In-Custody Deaths." (January, 2009). *AELE Jail and Legal Issues*. Park Ridge, IL: Americans for Effective Law Enforcement.

159.   "Excited Delirium, Sudden and In-Custody Deaths." (March 2009). *AELE Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force*. Park Ridge, IL: Americans for Effective Law Enforcement.

160.   "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (March, 16, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

161.   Science, Logic, and the Law. In *Conducted Electrical Weapons: Physiology, Pathology, and the Law* (March 2009). New York: Springer Publishing Company.

162.   "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (March, 30, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

163.   "Operationalizing Theory into Practice: Sudden & In-Custody Deaths." (April 2, 2009). *TASER® Use of Force, Risk Management and Legal* Strategies. Scottsdale, AZ: TASER International, Inc.

164.   "Training, Policy, Product Warnings, and Science: Are They at Odds?" (April-May, 2009). *Correction Managers' Report*. Kingston, NJ: Civic Research Institute, Inc., 85-89.

165.   *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths* [Editor]. (April 15-17, 2009). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

166.   "Causation v. Fallacies; Reviewing and interpreting scientific studies." (April 16, 2009). *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths*. Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

167.   "Reconstruction of the sudden, in-custody death; Investigation checklist; Report writing for sudden, in-custody death events." (April 17, 2009). *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths*. Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

168.   "Putting it All Together." (May 26, 2009). *Are You Prepared? Excited Delirium*. Guelph, Ontario, Canada: Canadian Centre for the Prevention of In-Custody Deaths, Inc.

169.   *Recognition and Investigation of Excited Delirium and Sudden In-Custody Death Workbook: Harris County Sheriff's Office*. (September 9-10, 2009). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

170.   "The New TASER X3™: Back to the Future." (September-October, 2009). *Police & Security News*, 52-57.

171.   "Excited Delirium, Sudden and In-Custody Deaths." (October 2009). *AELE Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force*. Park Ridge, IL: Americans for Effective Law Enforcement.

172.   *Use-of-Force by the Numbers™: 4,8,14*. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

173.   "The TASER® XREP™: Longer range, less-lethal incapacitation." (November-December, 2009). *Police & Security News*.

174.   "Excited Delirium, Sudden and In-Custody Deaths." (January, 2010). *AELE Jail and Legal Issues*. Park Ridge, IL: Americans for Effective Law Enforcement.

175.   "The TASER® AXON™: True Video Mobility and Much More. (2010, January-February). *Police and Security News, 26*, 1, 53-56.

176. "Excited Delirium, Sudden and In-Custody Deaths." (March 2010). *AELE Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less Lethal Force*. Park Ridge, IL: Americans for Effective Law Enforcement.

177. *Use-of-Force by the Numbers™: 4,8,14*. (with Eric Daigle, Esq., Edward Flose, & James Marker). Version 2.0, March 2010. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

178. "The new TASER® X3™--Back to the future. (2010). *Salt Lake Law Enforcement Journal, 2010, 1*, 15-19.

179. "TASER's evidence.com™: Evidence management & analytics. (2010, March-April). *Police and Security News, 26,* 2, 89-90.

180. "TASER® training bulletin 15.0: Training, policy, and legal concerns. (2010, May-June). *Police and Security News, 26,* 3.

181. "Arrest-Related, Excited Delirium, Sudden and In-Custody Deaths." (October 2010). *AELE Legal, Psychological and Biomechanical Aspects of Officer -Involved Lethal and Less Lethal Force*. Park Ridge, IL: Americans for Effective Law Enforcement.

182. "Legal Training and Concerns for Conducted Energy Weapons." (with Eric Daigle, Esq.). (2010, November). *The Police Chief,* 12.

183. *ECD forensic analysis™*. 1.0 (with Michael Leonesio). (2010, December). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

184. "Excited Delirium, Sudden, In-Custody Deaths." *AELE Jail and Prisoner Legal Issues: Module II, Security & Incident Liability*. Park Ridge, IL: Americans for Effective Law Enforcement.

185. *ECD forensic analysis™*. 2.0 (with Michael Leonesio). (2011, June). Henderson, NV.: Institute for the Prevention of In-Custody Deaths, Inc.

186. "The WRAP Restraint." (2011, November). In *6th Annual sudden death, excited delirium, & in-custody death conference* [with A. David Berman, M.S.] (pp. 90-93). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

187. "Tactical Handcuffing: Basics." (2011, December). In *Legal issues: Arrest, detention, and handcuffing in nightclub/bar environments*. Henderson, NV: Tommy J. Burns & Associates.

188. "Recognizing and Responding to a Diabetic Emergency." (2012, May-June). *Police and Security News, 28,* 3, 51-56.

189.   "Eyewitness Testimony: Not Reliable." (2012, June). *University of Phoenix Las Vegas Campus June Faculty Newsletter, 3*, 9, p. 2.

190.   "TASER® X26™ ECD Safety Theory Disputed." (2012, July). *University of Phoenix Las Vegas Campus July Faculty Newsletter,* p. 2.

191.   *Clinical Significance™.* (2012, July). Institute for the Prevention of In-Custody Deaths, Inc.

192.   "Excited Delirium: Fallacy or Reality?." (2012, August). *University of Phoenix Las Vegas Campus August Faculty Newsletter,* p. 2.

193.   "The Phenomenological Role of Incident Reports." (2012, September). *University of Phoenix Las Vegas Campus September Faculty Newsletter,* p. 2.

194.   "Training to Avoid Handgun-ECD Weapon Confusion." (2012, September-October). *Police and Security News, (28)* 5, 58-61.

195.   *Excited delirium & agitated chaotic events™ instructor: Recognizing, responding, preventing, and investigating arrest-related and sudden, in-custody deaths--* Version 5.0, international. (2012). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

196.   *Excited delirium & agitated chaotic events™ instructor: Recognizing, responding, preventing, and investigating arrest-related and sudden, in-custody deaths--* Version 5.1, domestic. (2012). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

197.   "Excited Delirium, Agitated Chaotic Events™, Arrest-Related, and Sudden, In-custody Deaths." (2012, October). In AELE Law Enforcement Legal Center, *Lethal and less-lethal force* (pp. 1-25). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

198.   "Scientific Causation, Sample Size, and Challenging Theories." In Institute for the Prevention of In-Custody Deaths, Inc. *7th Annual Sudden Death, Excited Delirium, & In-Custody Death Conference* (pp. 59-68). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

199.   "Historical Overview and Profiles of Victims of Sudden, In-Custody Deaths, Excited Delirium." *DLG Use of Force Summit.* Southington, CT: Daigle Law Group.

200.   *Clinical Significance™.* (2012, December). Institute for the Prevention of In-Custody Deaths, Inc.

201.   "Electronic Control Weapons: Forensic and Statistical Analyses." (2013, March). In
          AELE Law Enforcement Legal Center, *Management, Oversight and Monitoring
          Use of Force* (pp. 6-1 – 6-16). Park Ridge, IL: Americans for Effective Law
          Enforcement.

202.   *Developing defendable psychomotor learning domain assessments* (Version 1).
          ~~(2013). Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.~~

203.   *Clinical Significance™.* (2013, March). Institute for the Prevention of In-Custody
          Deaths, Inc.

204.   "A Prescription for Academic Anemia: Conation." (2013, April). *University of
          Phoenix Las Vegas Campus April Faculty Newsletter,* p. 7.

205.   "Transfer of Learning in Criminal Justice: More than Knowledge and Skill." (2013,
          May). *University of Phoenix Las Vegas Campus May Faculty Newsletter,* p. 7.

206.   "Criminal Justice Students: Are they Technologically Literate? (2013, June). *University
          of Phoenix Las Vegas Campus May Faculty Newsletter,* pp. 6-7.

207.   *The WRAP Restraint System: A Descriptive, Field-Setting Study.* (2013, September).
          Henderson, NV: Institute for the Prevention of In-Custody Deaths, Inc.

208.   *Arrest-Related and In-Custody Death Investigative Specialist™ Workbook* (Version
          1309). (2013). Henderson, NV: Institute for the Prevention of In-Custody Deaths,
          Inc.

209.   "Excited Delirium, Agitated Chaotic Events™, Arrest-Related, and Sudden, In-custody
          Deaths." (2013, October). In AELE Law Enforcement Legal Center, *Lethal and
          less-lethal force* (pp. 32-1--32-23). Park Ridge, IL: Americans for Effective Law
          Enforcement, Inc.

210.   "Using the IPICD Arrest-related Death and Sudden In-custody Death Checklist." (2013,
          November). In *8th Annual excited delirium, arrest-related and sudden in-custody
          death conference* (pp. 130-137). Henderson, NV: Institute for the Prevention of
          In-Custody Deaths, Inc.

211.   "Excited Delirium, Sudden, and In-Custody Deaths." (2014, January). In *Jail and
          prisoner legal issues: Module I operational & administrative legal issues.* (pp.
          53-1 – 53-17). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

212.   "Electronic Control Weapons: Forensic and Statistical Analyses." (2014, March). In
          *Management, Oversight and Monitoring of Use of Force.* (pp. 7-1 – 7-17). Park
          Ridge, IL: Americans for Effective Law Enforcement, Inc.

213. *Excited delirium & agitated chaotic events ™ instructor requalification workbook version 5.1.e.* [Ed]. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

214. *Legal, medical, and scientific constraint on human restraints symposium*. (2014, April). [Ed]. Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

215. "Brief History of Restraint." (2014, April). In *Legal, medical, and scientific constraint on human restraints symposium* (pp. 16-22). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

216. "Scientific Research, Sample Size, and Significance: A Primer." (2014, April). In *Legal, medical, and scientific constraint on human restraints symposium* (pp. 44-53). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

217. "Agitated Chaotic Events™, Special Populations, Arrest-Related Deaths, and Sudden in-Custody Deaths. (2014, October). In *Legal, policy, and litigation response aspects of officer-involved lethal and less lethal force* (pp. 44-1 – 44-23). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

218. "Agonal Breathing." (November 2014). In *9th annual excited delirium, arrest-related and sudden in-custody death conference* (pp. 133-140). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

219. "Excited Delirium and In-custody Deaths." (January 2015) In *Jail and prisoner legal issues: Module II Security and Incident Liability*. (pp. 53-1 – 53-17). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

220. "Physiological Aspects of In-Custody Deaths and Injuries, Excited Delirium, Impact of Substance Abuse. (January 17, 2015).AELE, *Jail and Prisoner Legal Issues Workshop: Security and Incident Liability*—Las Vegas, NV. ). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

221. "Agitated Chaotic Events™, Special Populations, Arrest-Related Deaths, and Sudden In-Custody Deaths." (March 2015). In *Use of Force Module One: The Biometric, Psychological and Legal Aspects of Lethal & Less Lethal Force*. (pp. 44-1 – 44-23). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

222. "Electronic Control Weapons: Forensic and Statistical Analyses." (March 2015). In *Use of Force Module Two: The Management, Oversight and Monitoring of the Use of Force*. (pp. 7-1 – 7-17). Park Ridge, IL: Americans for Effective Law Enforcement, Inc.

223. *Law Enforcement Camera-Based Systems Symposium Handbook* (Ed. with Charles Wilhite, J.D.). (May, 2015). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc. Center for Excellence in Event Reconstruction.

224.   "Training and Testing for Camera Competency." In *Law Enforcement Camera-Based Systems Symposium* (pp. 101-108). Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc. Center for Excellence in Event Reconstruction.

225.   "Body-Worn Cameras: Rebuilding Public Trust Through Organizational Culture—Part I." [with Lt. Charles Wilhite, J.D., & Lt. James LaRochelle]. (2015, September-October). *Police and Security News (31)*, Issue 5, pp. 52-58.

226.   *One Breath: The importance of recognizing agonal & other breathing problems user-level study guide* [with Brian Casey]. (2015, September). Henderson, NV: IPICD Online Training Center.

227.   *10th Annual Excited Delirium, Agitated Chaotic Events™, Arrest-Related and In-custody Deaths Conference Handbook.* [Ed.]. (2015, November) Henderson, NV: Institute for the Prevention of In-custody Deaths, Inc.

228.   "The Basics of Selecting and Issuing Body-Worn Cameras—Part II." [with Lt. Charles Wilhite, J.D., & Lt. Daniel Zehnder]. (2015, November-December). *Police and Security News (31)*, Issue 6, pp. 44-52.

229.   "Body-worn Camera Policy Development and Associated Issues—Part III." ." [with Captain Charles Wilhite, J.D., & Special Agent Ken Wallentine, J.D.]. (2016, January-February). *Police and Security News (32)*, Issue 1.

## SCRIPTS:

1.   <u>Defensive Tactics With Flashlights</u>. Produced by Alan Popkin. Directed by Drew Michaels. 45 min. Wild Wing Productions, 1986. Videocassette.

2.   <u>Tactical Handcuffing: Part I</u>. Produced by Marc Knutson. Directed by Rick Eisleben. 60 min. M & C Productions, 1986. Videocassette.

3.   <u>Tactical Handcuffing: Part II</u>. Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1986. Videocassette.

4.   <u>Basic Defense With Flashlights</u>. Produced by Alan Popkin. Directed by Drew Michaels. 20 min. Wild Wing Productions, 1987. Videocassette.

5.   <u>Basic Tactical Handcuffing: Part I</u> Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1987. Videocassette.

6.   <u>Basic Tactical Handcuffing: Part II</u>. Produced by Marc Knutson. Directed by Rick Eisleben. 30 min. M & C Productions, 1987. Videocassette.

7.   <u>LaChoy: Menu of Fortune</u>. Produced by Marc Knutson. Directed by Rick Eisleben. 45 min. M & C Productions, 1987. Videocassette.

8.      Realistic Firearm Disarming: Part I.  Produced by Marc Knutson.  Directed
        by Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

9.      Realistic Firearm Retention: Part II.  Produced by Marc Knutson.  Directed by
        Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

10.     Defensive Tactics With Mini-Flashlights.  Produced by Marc Knutson.
        Directed by Rick Eisleben.  90 min.  M & C Productions, 1987.  Videocassette.

11.     Realistic Side-Handle Baton Techniques: Part I.  Produced by Marc Knutson.
        Directed by Rick Eisleben.  60 min.  M & C Productions, 1987.
        Videocassette.

12.     Realistic Side-Handle Baton Techniques: Part II.  Produced by Marc Knutson.
        Directed by Rick Eisleben.  30 min.  M & C Productions, 1987.

13.     Mission Possible.  Produced by Marc Knutson.  Directed by Rick Eisleben.
        M & C Productions, 1987.

14.     Basic Firearm Disarming.  Produced by Marc Knutson.  Directed by Rick
        Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

15.     Basic Firearm Retention.  Produced by Marc Knutson.  Directed by Rick
        Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

16.     Basic Mini-Flashlight (Kubotan) Techniques: Part I.  Produced by Marc
        Knutson.  Directed by Rick Eisleben.  30 min.  M & C Productions, 1987.
        Videocassette.

17.     Basic Mini-flashlight (Kubotan) Techniques: Part II.  Produced by Marc
        Knutson.  Directed by Rick Eisleben.  30 min.  M & C Productions, 1987.
        Videocassette.

18.     Basic Side-Handle Baton: Part I.  Produced by Marc Knutson.  Directed by
        Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

19.     Basic Side-Handle Baton: Part II.  Produced by Marc Knutson.  Directed by
        Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

20.     Basic Side-Handle Baton: Part III.  Produced by Marc Knutson.  Directed by
        Rick Eisleben.  30 min.  M & C Productions, 1987.  Videocassette.

21.     REFAST Dynamic Tactical Firearms Training System: Promotional Video
        Tape.  Produced by John G. Peters, Jr. Directed by Rick Eisleben.  30

min. Impact Productions, Inc., 1989.  Videocassette.

22.   REFAST Dynamic Tactical Firearms Training System: Operational Video
       Training Manual.  Produced by John G. Peters, Jr.  Directed by Rick Eisleben.45
       min. Impact Productions, Inc., 1989.  Videocassette.

23.   ASP Tactical Baton.  Produced by John G. Peters, Jr.  Directed by Susan
       Sherman.  60 min.  Impact Productions, Inc., 1989.  Videocassette.

24.   Defensive Tactics With Electronic Restraints.  Produced by John G. Peters,
       Jr. Directed by Susan Sherman.  45 min.  Impact Productions, Inc., 1989.
       Videocassette.

25.   Kubotai.  Produced by Takayuki Kubota.  Directed by Val Malochevic. 30
       min. International Karate Association, 1990.  Videocassette.

26.   Tactical Flashlight: An Introduction.  Produced by John G. Peters, Jr.
       Directed by Susan Sherman.  90 min.  Impact Productions, division of
       Reliapon Police Products, Inc. 1991.  Videocassette.

27.   Defensive Tactics With Chemical Aerosol Sprays.  Produced by John G.
       Peters, Jr.  Directed by Susan Sherman.  50 min.  Reliapon Police Products, Inc.,
       1992. Videocassette.

28.   BodyGuard: Personal Protection with Chemical Aerosol Sprays.  Produced by
       John G. Peters, Jr.  Directed by Susan Sherman.  30 min. Reliapon Police
       Products, Inc., 1992.  Videocassette.

29.   Stop Exposing Yourself: Reducing Personal Risk Through Leather Gloves.
       Produced by John G. Peters, Jr.  Directed by Susan Sherman.  30 min.  Reliapon
       Police Products, Inc., 1992.  Videocassette.

30.   Pneu-Gun, Ballistic Baton: An Introduction.  Produced by John G. Peters, Jr.
       Directed by Susan Sherman.  10 min.  Reliapon Police Products, Inc., 1992.
       Videocassette.

31.   Prevention and Management of In-Custody Death.  Produced by John G.
       Peters, Jr.  Directed by John G. Peters, Jr. and Mark Myers.  45 min.  American
       Handcuff Co, Inc., 1998.  Videocassette.

32.   Response to Sexual Harassment: Organizational Victory or Checkmate? Produced
       by John G. Peters, Jr.  Directed by David A. Donovan and John G. Peters, Jr.  42
       min. Millersville University, 2002.  Videocassette.

33. <u>The Old Woodshed</u>. Produced by John G. Peters, Jr. Directed by David A.
    Donovan and John G. Peters, Jr. Commemorative Intercourse, 2004.
    Videocassette & DVD.

34. <u>Commemorative Intercourse (PA):1754-2004</u>. Produced and written by John G.
    Peters, Jr. Directed by David A. Donovan and John G. Peters, Jr.
    Commemorative Intercourse, 2004. Videocassette & DVD.

35. <u>Intercourse (PA) 250th Celebration & Heritage Parade</u>. Produced by John G.
    Peters, Jr. Directed by John G. Peters, Jr. Commemorative Intercourse, 2004.
    Videocassette & DVD.

36. <u>Tactical OC®</u>. Produced by John G. Peters, Jr. Directed by David A. Donovan
    and John G. Peters, Jr. (forthcoming, 2011). DVD.

**Cassette Recordings:**

1. Berman, A. David, & Peters, Jr., John G. (Speakers). (1995). <u>Officer safety</u>
   <u>update</u>. Millersville, PA: Defensive Tactics Institute, Inc.

2. Berman, A. David, & Peters, Jr., John G. (Speakers). (1995). <u>Lesson guides</u>
   <u>and performance-based testing</u>. Millersville, PA: Defensive Tactics Institute, Inc.

3. Adams, J. T., & Peters, Jr., John G. (Speakers). (1998). <u>Prevention and</u>
   <u>Management of Sudden In-Custody Death</u>. Millersville, PA: Defensive Tactics
   Institute, Inc.

**On-line Course Development:**

24. "One Breadth: The Importance of Recognizing Agonal & Other Breathing Problems
    User-level Program." *IPICD Online Training Center*, 2015.

23. "Hyponatremia (Water Intoxication)". *IPICD Online Training Center*, 2014.

22. "Synthetic Drugs." *IPICD Online Training Center*, 2014.

21. "Schizophrenia." *IPICD Online Training Center*, 2014.

20. "Epilepsy." *IPICD Online Training Center*, 2014.

19. "Energy Drinks." *IPICD Online Training Center*, 2014.

18. "Diabetes." *IPICD Online Training Center*, 2014.

17. "Diabetes." *IPICD Online Training Center*, 2014.

16. "Dementia." *IPICD Online Training Center*, 2014.

15.    "Delirium." *IPICD Online Training Center*, 2014.

14.    "Bipolar." *IPICD Online Training Center*, 2014.

13.    "Autism." *IPICD Online Training Center*, 2014.

12.    "Alcohol Withdrawal." *IPICD Online Training Center*, 2014.

11.    "Agonal Breathing." *IPICD Online Training Center*, 2014.

10.    "Version 5.0 Supplemental Information." *Institute for the Prevention of In-Custody Deaths, Inc.*, 2012.

9.    "User-Level Program: Recognition, Response, Management, and Investigation of Excited Delirium and Agitated Chaotic Event Arrest-Related and In-Custody Deaths." *Institute for the Prevention of In-Custody Deaths, Inc.*, 2012.

8.    "Certified Online Facilitator ." *Neumann College*, 2006.

7.    "Developing Online Courses." *Neumann College*, 2006.

6.    "Master Syllabus: Emergency Management." *Walden University*, 2004.

5.    "Critical Thinking." (Course Developer.) *Regent University*, 2003.

4.    "Police Organizational Culture." (Course Developer with Dr. Julian Timothy Adams). *Capella University*, 2002.

3.    "Vocational Psychology." (Course Developer with Dr. Wayland Secrest). *Capella University*, 2002.

2.    "Organizational Psychology." (Course Collaborator with Dr. Karen Yasgoor). *Capella University*, 2001.

1.    "Information and Business Process Systems." *Eastern College*, 2000.


**PowerPoint® Presentations** (non-academic):

"Excited Delirium and Use-of-Force for the Security Officer." American Society for Industrial Security (ASIS). *61st Annual International Seminar and Conference*, Anaheim, CA. (September 30, 2015).

"Training and Testing for Camera Competency." IPICD Center for Excellence in Event
Reconstruction, <u>First Annual Law Enforcement Camera-Based Systems Symposium</u>—
Las Vegas, NV. (June 9-11, 2015).

AELE, <u>Management, Oversight, and Monitoring Use of Force</u>—Las
Vegas, NV. (March 4-5, 2015). Post-Incident Electronic Control Weapon
Forensic Analysis.

AELE, <u>The Biometric, Psychological and Legal Aspects of Lethal and
Less Lethal Force</u>—Las Vegas, NV. (March 2-3, 2015). Historical
Overview and Profiles of Sudden In-Custody Deaths.

AELE, <u>Jail and Prisoner Legal Issues Workshop: Security and Incident
Liability</u>—Las Vegas, NV. (January 17, 2015). Physiological Aspects of
In-Custody Deaths and Injuries, Excited Delirium, Impact of Substance
Abuse.

"Suicide Watch Checks: How a policy of checking every 15 minutes is not supported by
scientific research and may increase liability." IPICD *9th Annual Excited Delirium,
Arrest-Related and Sudden In-Custody Death Conference*. Las Vegas,NV. (November 3-
6, 2014).

"Agonal Breathing." IPICD *9th Annual Excited Delirium, Arrest-Related and Sudden In-Custody
Death Conference*. Las Vegas,NV. (November 3-5, 2014).

"Agitated Chaotic Events™, Special Populations, Arrest-Related Deaths, and Sudden In-Custody
Deaths." AELE *Legal, Policy, and Litigation Response Aspects of Officer-Involved
Lethal and less Lethal Force*, Las Vegas, NV. (October 14, 2014).

"Brief History of Restraint." IPICD, *Legal, Medical & Scientific Constraints on Human
Restraints Symposium*, Las Vegas, NV. (April 23, 2014).

"Agonal Breathing." IPICD. *Legal, Medical & Scientific Constraints on Human  Restraints
Symposium*, Las Vegas, NV. (April 23, 2014).

"Scientific Research, Sample Size, and Significance: A Primer." IPICD, *Legal, Medical &
Scientific Constraints on Human Restraints Symposium*, Las Vegas, NV. (April 23,
2014).

"Electronic Control Weapons: Forensic and Statistical Analyses." AELE, *Force Management*—
Las Vegas, NV. (March 4, 2014).

"Excited Delirium, Sudden, and In-custody Deaths." AELE, *Jail and Prisoner Legal Issues
Module I: Operational & Administrative Legal Issues*. Las Vegas, NV. (January 21,
2014).

Using the IPICD Arrest-Related Death and Sudden In-Custody Death Checklist. IPICD, *8th Annual Excited Delirium, Arrest-Related and Sudden In-Custody Death Conference*: Las Vegas, NV (November 20, 2013).

Excited Delirium, Agitated Chaotic Events, Arrest-Related, and Sudden, In-custody Deaths. AELE, Lethal and Less Lethal Force CD.—Las Vegas, NV. (October 8, 2013).

"Developing Defendable Psychomotor Learning Domain Assessments." *Institute for the Prevention of In-Custody Deaths, Inc.* (March 2013).

"Electronic Control Weapons: Forensic and Statistical Analyses." AELE, *Management, Oversight, and Monitoring of Use of Force CD*: Las Vegas, NV (April 2013).

Historical Overview and Profiles of Victims of Sudden, In-Custody Deaths, Excited Delirium. Authored by John G. Peters, Jr., Ph.D., and presented by A. David Berman, M.S. at *DLG Use of Force Summit*: CT (November 28, 2012).

A Descriptive Study of the The WRAP Restraint: Findings. *7th Annual Sudden Death, Excited delirium, & In-custody Death Conference*: Las Vegas, NV (November 13, 2012).

Scientific Causation, Sample Size, and Challenging Theories. *7th Annual Sudden Death, Excited delirium, & In-custody Death Conference*: Las Vegas, NV (November 12, 2012).

Excited Delirium, Agitated Chaotic Events, Arrest-Related, and Sudden, In-custody Deaths. AELE, Lethal and Less Lethal Force CD.—Las Vegas, NV. (October 16, 2012).

"Recognizing, Responding, Managing, and Investigating Excited Delirium and Agitated Chaotic Events Arrest-related and In-Custody Deaths Instructor (Version 5.0)". *Institute for the Prevention of In-Custody Deaths, Inc.* (May, 2012).

"The WRAP Restraint: A Retrospective Study." Institute for the Prevention of In-Custody Deaths, Inc. *6th Annual Arrest-related, Excited Delirium, Sudden, In-custody Death Conference*: Las Vegas, NV (November 2011).

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law   Enforcement *Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force CD*: Las Vegas, NV (October,  2011).

"Suspect in Custody: Now What?" G2E Global Gaming Conference—Las Vegas, NV. (with Tommy Burns), October 5, 2011.

"ECD Forensic Analyst™. 2.0." *ECD Forensic Analyst*™ Program, Institute for the Prevention of In-Custody Deaths, Inc., Poughkeepsie, New York, June 22-23, 2011.

"Excited Delirium and Arrest-Related Deaths." Riverside (CA) Community Police Review Commission, June 15, 2011.

"Observations from the Litigation Trenches." Wyoming Administrators' Conference, Douglas, WY. April 12, 2011.

"Excited Delirium, Sudden, and In-Custody Deaths." Americans for Effective Law Enforcement, Las Vegas, NV. March 8, 2011

"Excited Delirium, Arrest-Related, &In-Custody Deaths." American Jail Association, Las Vegas, NV . February 16, 2011.

"Excited Delirium, Arrest-Related Deaths." CSAC-EIA: Rancho Cordova, CA (February 9, 2011).

"Excited Delirium, In-Custody Deaths." American Jail Association, Las Vegas, NV February 8, 2011.

"ECD Forensic Analysis™." *ECD Forensic Analyst*™ Program (with Michael Leonesio). Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, NV (December, 2010).

"Security Management: Use-of-Force Issues and Litigation." G2E, Global Gaming Expo—Las Vegas, NV (with Tommy Burns). November 15, 2010.

"Excited Delirium for EMS Providers: Causes, Symptoms, Causes." Whatcom County Emergency Medical Services Council. *29th Annual Conference on Prehospital Medicine*. Bellingham, WA (October 2010).

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law   Enforcement *Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force* Workshop: Las Vegas, NV (October,   2010).

"It's A Medical Emergency: Best Practices for Arrest-Related Deaths." National Association for Civilian Oversight of Law Enforcement, Seattle, WA (September   2010).

"Investigating Arrest-Related Deaths and Acute Psychotic Events." Las Vegas Metropolitan Police Department, Las Vegas, NV (April 2010).

"Arrest-related, Excited Delirium, and Sudden, In-Custody Deaths." Nevada Department of Wildlife: Boulder Beach, NV (March, 2010).

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law Enforcement *Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force* Workshop: Las Vegas, NV (March, 2010).

"Recognizing and Responding to Excited Delirium." Lorman Education Services: Eau Claire, WI: (February 10, 2010).

"Excited Delirium." CSAC-EIA: Rancho Cordova, CA (January 13, 2010).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement Jail and Legal Issues
Workshop: Las Vegas, NV (January 11, 2010).

"Use-of-Force by the Numbers™: 4,8,14. (October 28-30, 2009). Las Vegas, NV:
Institute for the Prevention of In-Custody Deaths, Inc.

"Arrest-Related and Sudden, In-Custody Deaths." Americans for Effective Law Enforcement
*Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-
Lethal Force* Workshop: Las Vegas, NV (October, 2009).

"Recognition and Investigation of Excited Delirium and Sudden In-Custody Death."
(September 9-10, 2009). Houston, TX: Harris County Sheriff's Office.

"Putting it All Together." (May 26, 2009). *Are You Prepared? Excited Delirium.* Guelph,
Ontario, Canada: Canadian Centre for the Prevention of In-Custody Deaths, Inc.

"Reconstruction of the sudden, in-custody death; Investigation checklist; Report
writing for sudden, in-custody death events." (April 17, 2009). *Forensic
Analyst: Excited Delirium, Sudden, In-Custody Deaths.* Henderson, NV:
Institute for the Prevention of In-Custody Deaths, Inc.

"Causation v. Fallacies; Reviewing and interpreting scientific studies." (April 16,
2009). *Forensic Analyst: Excited Delirium, Sudden, In-Custody Deaths.*
Las Vegas, NV: Institute for the Prevention of In-Custody Deaths, Inc.

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Washington Criminal Justice Training
Commission. (April 2, 2009).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Westminster Police Department,
Westminster, CO. (March 30, 2009).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Los Angeles County Sheriff's Training
Center, Whittier, CA. (March 16, 2009).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement *Legal, Psychological
and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force* Workshop:
Las Vegas, NV (March, 2009).

"Excited Delirium." CSAC-EIA. Webinar. Rancho Cordova, CA. (January 2009).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement Jail and Legal Issues
Workshop: Las Vegas, NV (January, 2009).

"Scientific Method, Causation, and Fallacies." IPICD 3rd Annual Conference: Las Vegas, NV
(October 2008).

"Excited Delirium." Correctional Facilities Administrative Seminar, California Sheriff's
Association: Sacramento, CA (October 2008).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement, Lethal & Less Lethal
Force Workshop: Las Vegas, NV (October 2008).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths."  TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Salt Lake City, UT. (July 2008).

"Excited Delirium and Sudden Death: Legal, Management and Risk Management Issues."
PRIMA 29th Annual Conference: Anaheim, CA. (June 2008).

"Sudden, In-Custody Deaths." Americans for Effective Law Enforcement, Lethal & Less Lethal
Force Workshop: San Francisco, CA. (March 2008).

"Excited Delirium and Crisis Intervention Training." California P.O.S.T. workshop: San Jose,
CA (February 2008).

"Recognition, Prevention, Management of Excited Delirium and Sudden and
In-Custody Deaths: Version 3.0." (2008, February). Henderson, NV: Institute for  the
Prevention of In-Custody Deaths.

"Sudden, In-Custody Deaths."  Americans for Effective Law Enforcement, Lethal & Less Lethal
Force  Workshop: Las Vegas, NV. (March 2007).

"Excited Delirium." Southern California Jail Manager's Association: Santa Paula, CA. (January
2007).

"Excited Delirium, Sudden Death, Jail Suicide, and Suicide by Cop."  Montana Association of
Cities and Counties Conference: Billings, MT. (January 2007).

"Psychological Considerations." AELE Jail and Prisoner Legal Issues Workshop: Las Vegas,
NV. (January 2007).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths."  TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Toronto, Canada (December 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths."  TASER® Use of Force,
Risk Management and Legal Strategies Seminar: Montgomery, AL. (December 2006).

"Investigating Excited Delirium, Sudden Death, and Jail Suicide." P.A.T.C. Western Training Conference: Las Vegas, NV. (November 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Oakland, CA (November 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Chicago, IL (October 2006).

"In-Custody Death and Injuries." AELE Police Liability Workshop: Las Vegas, NV. (October 2006).

"Management Issues in Law Enforcement Litigation." AELE Police Liability Workshop: Las Vegas, NV. (October 2006).

"The Aftermath of an Incident." AELE Police Liability Workshop: Las Vegas, NV. (October 2006).

"IPICD Specialist Program." Institute for the Prevention of In-Custody Deaths, Inc. Specialist Program: Henderson, NV. (September 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Colorado Spring, CO. (August 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Cleveland, OH (June 2006).

"Sexual Harassment: Findings in the Local Government Workplace." AGRIP Pooling Session 1132, PRIMA Conference: Las Vegas, NV. (June 2006).

"Excited Delirium, Sudden Death, and Jail Suicide." FBI National Academy GraduateS—Utah Conference: St. George, UT. (May 2006).

"Suicide by Cop." FBI National Academy Graduates—Utah Conference: St. George, UT. (May 2006).

"Cause and Effect." TASER® International Conference: Las Vegas, NV. (May 2006).

"Excited Delirium and Sudden Death." TASER® Master Instructor Conference: Las Vegas, NV. (May 2006).

"Identification, Prevention, and Management of In-Custody Deaths." ILEETA Conference: Chicago, IL. (April 2006).

"Ethics." Harrah's Entertainment, Inc.: Las Vegas, NV. (April 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Santa Ana, CA. (March 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Scottsdale, AZ (January 2006).

"Operationalizing Theory Into Practice: Sudden & In-Custody Deaths." TASER® Use of Force, Risk Management and Legal Strategies Seminar: Scottsdale, AZ (December 2005).

"Identification, Prevention, Management, and Investigation of Sudden In-Custody Deaths, V.2." Institute for the Prevention of In-Custody Deaths, Inc. (October 2005).

"Identification, Prevention, Management, and Investigation of Sudden In-Custody Deaths, V.1." Institute for the Prevention of In-Custody Deaths, Inc. (July 2005).

# APPENDIX A

## POST-GRADUATE COURSES/PROGRAMS/TRAINING

| YEAR | COURSE/PROGRAM/TRAINING | PROVIDER |
|------|-------------------------|----------|
| 2015 | Paper making. | National Paper Museum; Tokyo, Japan |
| 2014 | Implementation of Health Instruction Framework for California School | University of California-Riverside |
| 2014 | Cardiopulmonary Resuscitation (CPR) | California State University, San Bernardino |
| 2014 | Early Designated Subjects (ECTS 1000) | CSUSB, San Bernardino |
| 2013 | Introduction to Educational Research | California State University, San Bernardino—Palm Desert Campus (CSUSB—PDC) |
| 2013 | Professional Competencies in Career & Technical Education | CSUSB—PDC |
| 2013 | Classroom Assessment Techniques | University of Phoenix |
| 2013 | General Faculty Meeting | University of Phoenix |
| 2013 | Foundations of Education | CSUSB—PDC |
| 2013 | Critical Issues in Career and Technical Education | CSUSB—PDC |
| 2012 | Foundations of Vocational Education (ECTS 637) | CSUSB—PDC |
| 2012 | 7th Annual Sudden, Death, Excited Delirium & in-Custody Death Conference. | IPICD,Inc. |
| 2012 | Effective Communication in Education (EDUC 603) | CSUSB—PDC |
| 2012 | Educational Support (ECTS 502) | CSUSB—PDC |
| 2012 | Issues in Teaching (ECTS 503) | CSUSB—PDC |
| 2012 | Computer Skills for Teachers (ECTS 519) | CSUSB—PDC |
| 2012 | Adult Education Methods (ECTS 504) | CSUSB—PDC |
| 2012 | Applied Field Skills (ECTS 518) | CSUSB—PDC |
| 2011 | Basic Teaching Methods (ECTS 501) | CSUSB—PDC |
| 2011 | 6th Annual Sudden, Death, Excited Delirium & in-Custody Death Conference. | IPICD, Inc. |
| 2011 | Faculty Certification | University of Phoenix |
| 2010 | ECD Forensic Analyst™ | Institute for the Prevention of In-Custody Deaths, Inc. (IPICD, Inc.) |
| 2010 | Arrest-Related, Excited Delirium, Sudden, In-Custody Death Conference | IPCID, Inc. |
| 2010 | Campus Law Enforcement Legal Issues forum | D. Stafford & Associates |
| 2010 | Chest Trauma | Whatcom County EMS |
| 2010 | The Phoenix: Tactical Emergency Medical Support (T.E.M.S.) | Whatcom County EMS |
| 2010 | World War II, Unit 731 and Roots of Modern Biological Warfare | Whatcom County EMS |

| 2009 | Sudden Death, Excited Delirium & In-Custody Death Conference | IPICD, Inc. |
|------|------|------|
| 2009 | Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force | Americans for Effective Law Enforcement (AELE, Inc.) |
| 2009 | Section 1983 Update | International Association of Chiefs of Police (IACP) |
| 2009 | Panel on Electronic Control Weapons | IACP |
| 2009 | Police Response to Persons with mental illness: Innovative Strategies to Reduce Officer and Subject Injuries/Fatalities | IACP |
| 2009 | TASER® X3™ Electronic Control Device | TASER International, Inc. |
| 2009 | TASER Shockwave Electronic Control Device | TASER International, Inc. |
| 2009 | TASER AXON™ | TASER International, Inc. |
| 2009 | TASER Evidence.com | TASER International, Inc. |
| 2009 | TASER International Conference | TASER International, Inc. |
| 2009 | CCPICD Are You Prepared? | Canadian Center for the Prevention of In-Custody Deaths, Inc. (CCPICD) |
| 2009 | Arrest-Related Death Forensic Analyst | IPICD, Inc. |
| 2009 | TASER Use of Force, Risk Management and Legal Strategies | TASER International, Inc. |
| 2009 | Legal, Psychological and Biomechanical Aspects of Officer-Involved Lethal and Less-Lethal Force | AELE, Inc. |
| 2009 | Evidence Collection and Analysis of a TASER Electronic Control Device | TASER International, Inc. |
| 2009 | Jail and Prisoner Legal Issues | AELE, Inc. |
| 2008 | Discipline and Internal Investigations | AELE, Inc. |
| 2008 | Excited Delirium, Sudden Death Conference | IPICD, Inc. |
| 2008 | Cardiac Effects of TASERs in Swine: Distrubing-Irrelevant? | IACP |
| 2008 | TASER Armorer Certification Course | TASER International, Inc. |
| 2007 | Excited Delirium, Sudden Death Conference | IPICD, Inc. |
| 2007 | Excited Delirium | IACP |
| 2007 | Investigation of In-Custody Deaths | IACP |
| 2007 | Panel on Excited Delirium | IACP |
| 2007 | LAPD Use of Force Incidents: From Initiation to Conclusion | IACP |
| 2007 | Update on Electronic Control Weapons: Review of the Recent Medical Publications and Recommendations | IACP |
| 2007 | Today's Electronic Control Weapons: Policies and Training | IACP |
| 2007 | Legal Issues: Hiring and Retention | IACP |
| 2007 | TASER Instructor | TASER International, Inc. |
| 2007 | Legal, Psychological and Biomechanical Aspects of | AELE, Inc. |

| | Officer-Involved Lethal and Less-Lethal Force | |
|---|---|---|
| 2006 | Excited Delirium, Sudden Death Conference | IPICD, Inc. |
| 2006 | Electronic Control Weapons: The Tactical, Medical, and Legal Barriers to Successful Deployment | IACP |
| 2006 | Police Civil Liability and the Defense of Citizen Misconduct Complaints | AELE, Inc. |
| 2006 | TASER International Conference | TASER International, Inc. |
| 2006 | Non-Disciplinary Employment and Labor Law | AELE, Inc. |
| 2006 | TASER Master Instructor Course | TASER International, Inc. |
| 2006 | Jail and Prisoner Legal Issues | AELE, Inc. |
| 2005 | Discipline and Internal Investigations | AELE, Inc. |
| 2005 | Criminal Justice Agency Compliance & Auditing | AELE, Inc. |
| 2005 | Police Civil Liability and Defense of Citizen Misconduct Complaints | AELE, Inc. |
| 2005 | Current Issues in Less Lethal Technology | IACP |
| 2005 | Legal Developments in use of Force, with Special Emphasis on TASERS | IACP |
| 2005 | Open Discussion on Police Suicide | IACP |
| 2005 | TASER Use and Law Enforcement: Medical and Legal Issues | IACP |
| 2005 | TASER Master Instructor Course | TASER International, Inc. |
| 2005 | TASER International Conference | TASER International, Inc. |
| 2005 | Sudden & In-Custody Death, Restraint Asphyxia Medical Update | Dr. Jeffrey Ho, et. al. |
| 2003 | Fundamentals of Effective Online Teaching | Walden University |
| 2002 | Employment and labor Law in Pennsylvania | Lorman Educational Services |
| 2001 | Competency-Based Curriculum Development in professional Psychology | Capella University |
| 2001 | Practicum in Online Graduate Teaching in professional Psychology | Capella University |
| 2001 | Mentoring Graduate Students in Professional Psychology | Capella University |
| 2001 | Online Teaching and Training in Professional Psychology | Capella University |
| 2000 | Intellectual Property in Cyberspace | Berkman Center for Internet & Society, Harvard Law School |
| 2000 | Violence Against Women 2000 | Center for Internet & Society, Harvard Law School |
| 2000 | Certified Online Instructor | Walden Institute |
| 1979 | Governmental Accounting and Finance | Suffolk University |
| 1975 | Research Methodology | University of Baltimore |
| 1975 | Criminal Justice Management | University of Baltimore |

## APPENDIX B

## INSTITUTE for the PREVENTION of IN-CUSTODY DEATHS, INC.: PROGRAMS INSTRUCTED

| PROGRAM TITLE |
| --- |
| Recognition, Prevention, and Management of Excited Delirium and Sudden, In-custody Deaths Instructor: Domestic Versions 1.0, 2.0, 3.0, 4.0, 5.0, and 5.1 |
| Recognition, Prevention, and Management of Excited Delirium and Sudden, In-custody Deaths Instructor: International Version 5.0. |
| ECD Forensic Analyst™ |
| Use-of-Force by the Numbers™: 4, 8, 14 Train-the-Trainer: Versions 1.0 and 2.0 |
| Forensic Analyst: Excited Delirium, Sudden, In-custody Deaths |
| Arrest-Related Deaths Forensic Analyst™ |
| Arrest-Related and In-custody Deaths Investigative Specialist™ |
| Developing Defendable Psychomotor Learning Domain Assessments |
| Recognition, Prevention, and Management of Excited Delirium and Sudden, In-custody Deaths Instructor Re-qualification: Version 5.1 |
| One Breath: The Importance of Recognizing Agonal & Other Breathing Problems User-Level Program. |

# APPENDIX C

## DEFENSIVE TACTICS INSTITUTE, INC.: PROGRAMS INSTRUCTED

| PROGRAM TITLE |
| --- |
| Chemical-Aerosol-Spray Instructor |
| Crowd Control Instructor |
| Cultural Diversity |
| Defensive Tactics Instructor |
| Edged Weapons Instructor |
| Electronic Restraint Instructor |
| Expandable Baton Instructor |
| Firearm Disarming/Retention Instructor |
| Instructor Development (Basic and Advanced) |
| Kubotai® Instructor |
| Kubotan® Instructor |
| Personal Weapons Instructor |
| Pneu-Gun Ballistic Baton Instructor |
| Policy Development, Implementation, and Evaluation |
| Prevention and Management of In-Custody Deaths |
| Prevention and Management of Sexual Harassment |
| Prevention and Management of Agency High-Risk Liability |
| Tactical Flashlight™ Instructor |
| Tactical Glove® Instructor |
| Tactical Handcuffing Instructor |
| Tactical Mini-Flashlight Instructor |
| TACTICAL OC® Instructor |
| Use-of-Force Instructor |

## APPENDIX D

## ACADEMIC COURSES TAUGHT by EDUCATIONAL INSTITUTION

Capella University: Harold Abel School of Psychology: Doctoral & Master Courses

| Course Number | Course Title |
|---|---|
| Research Focused Seminar | Quantitative Analysis |
| FS 6/16-17 | Psychology Research II: Statistics |
| FS6/16-17 | Psychology Research II: Intermediate Designing the Dissertation Proposal |
| PSY7625 | Advanced Inferential Statistics |
| PSY7656 | Advanced Research Methods |
| PSY8711 | Principles of Industrial/Organizational Psychology |
| PSY8720 | Psychology of Leadership |
| PSY8740 | Psychology Practices in Personnel and Human Resources Management |
| PSY9919 | Doctoral Comprehensive Examination |
| PSY9921 | Dissertation Research 1 |
| PSY9922 | Dissertation Research 2 |
| PSY9923 | Dissertation Research 3 |
| PSY9924 | Dissertation Research 4 |
| PSY7411 | Learning Theories in Psychology |
| PSY7620 | Inferential Statistics |
| PSY7650 | Research Methods |
| PSY5201 | Integrative Project for Master's Degree in Psychology |

Eastern University: Fast-Track Master of Business Administration (FMBA) Courses

| Course Number | Course Title |
|---|---|
| MNGT500 | Principles of Continuous Education |
| FD2 | Statistics |
| FD4 | Excel/Statistics |
| MNGT510 | Issues in Management |
| MNGT520 | Research Design |
| MNGT541 | Strategic Thinking I |
| MNGT560 | Business Ethics |
| MNGT550 | Management Communications |
| MNGT542 | Strategic Thinking II |
| MNGT630 | Executive Seminar |
| MNGT650 | Quantitative Decision Making |
| MNGT680 | Business Policy Capstone |

Neumann College: Master of Science in Strategic Leadership

| Course Number | Course Title |
|---|---|
| STLDR-530 | Strategic Planning/Systems Thinking |

| STLDR-570 | Group Leadership |
|---|---|
| STLDR-580 | Knowledge Management |
| STLDR-600 | Capstone Seminar and Master's Project |
| | Online Instructor Development (for faculty) |

## Eastern University: Undergraduate Degree Completion Program (DCP)

| Course Number | Course Title |
|---|---|
| | Orientation |
| OM300 | Dynamics of Organizational Behavior |
| OM310 | Adult Learning & Development |
| OM340 | Business Ethics and World Views |
| OM380 | Managerial Interpersonal Communication |
| OM385 | Applied Thesis I |
| OM320 | Methods of Social Science Research & Statistics |
| OM360 | Human Resources and Supervisory Development |
| OM440 | Ethical Character of Leadership |
| OM485 | Applied Research: Thesis II |

## Elizabethtown College: Undergraduate Communication Department

| Course Number | Course Title |
|---|---|
| COM408 | Systems Approach to Organizational Training |
| COM412 | Advanced Public Relations |

## Millersville University: Undergraduate Communication & Theatre Department

| Course Number | Course Title |
|---|---|
| COM101 | Speech Communication |
| COM251 | Public Relations |
| COM351 | Public Relations Writing |

## Regent University: Undergraduate Degree Completion Program (DCP)

| Course Number | Course Title |
|---|---|
| OLM300 | Leadership and Organizational Dynamics |
| OLM320 | Methods of Social Science Research & Statistics |
| OLM330 | Business Ethics and Worldview |
| OLM321 | Research Seminar I |
| OLM410 | Human Resources and Leadership |
| OLM440 | Personal Leadership for Change |
| OLM422 | Research Seminar III |
| OLM430 | Ethical Character of Leadership |

## University of Phoenix

| Course Number | Course Title |
|---|---|
| CJA/334 | Research Methods in Criminal Justice |
| MGT427 | Project Management |
| MGT445 | Organizational Negotiations |

**Northern Essex Community College: Undergraduate Criminal Justice/Security Program**

| |
|---|
| Introduction to Security |
| Security Management |
| Principles of Loss Prevention |
| Senior Seminar (Police/Security Management) |

## APPENDIX E

### WALDEN INSTITUTE: PROGRAMS TAUGHT

| |
|---|
| Certified On-Line Instructor: Corporate |
| Certified On-Line Instructor: Academic and Not-for-Profit |