Judge Peterson,

We will not be staying beyond 5:30pm this evening and are not likely to have a consensus by that time. We anticipate needing to reconvene tomorrow to continue our deliberations.

Presiding Juror, Capri Pearson

Ct. Ex 2