2/26/16

Judge Peterson,

We have reached a unanimous decision.

Thank you,

Presiding juror, Capri Pearson

*Capri Pearson*