IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL B. KINGSLEY,

    Plaintiff,

v.

STAN HENDRICKSON and
FRITZ DEGNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-832-jdp

This action came for consideration before the court and a jury with District Judge James D. Peterson presiding. The issues have been tried and the court has rendered a decision.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed.

Approved as to form this 26TH day of February, 2016.

James D. Peterson
District Judge

Peter Oppeneer, Clerk of Court          3/1/16
                                         Date